IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN ANTONIO AND JESUS SAENZ, <br><br> Defendant. | Civil Action No. 5:24-CV-01085-XR |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Steven L. Osit, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent the City of San Antonio ("COSA") in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Kaplan Kirsch, LLP with offices at:

   1675 Broadway
   Suite 2300
   Denver, CO 80202
   Tel: (303) 825-7000
   Fax: (303) 825-7005
   Email: sosit@kaplankirsch.com

2. Since January 24, 2013, applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 5094768.

3. Since November 1, 2013, applicant has been and presently is a member of and in good standing with the Bar of the District of Columbia. Applicant's bar license number is 1017238.

4. Since October 9, 2019, applicant has been and presently is a member of and in good standing with the Bar of the State of Colorado. Applicant's bar license number is 53821.

5. Since September 9, 2023, applicant has been and presently is a member of and in good standing with the Bar of the State of Florida. Applicant's bar license number is 1048861.

6. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Supreme Court | 04/05/2016 |
| U.S. Court of Appeals for the D.C. Circuit | 10/31/2014 |
| U.S. Court of Appeals for the 9th Circuit | 10/16/2013 |
| U.S. Court of Appeals for the 11th Circuit | 03/02/2021 |
| District of Colorado | 07/01/2024 |
| Eastern District of New York | 02/27/2023 |
| Southern District of New York | 05/19/2020 |

7. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): N/A.

8. I have previously applied and appeared Pro Hac Vice in this district court in Case[s]: N/A

9. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: N/A.

10. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): N/A.

11. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

12. Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

>Erica Benites Giese
>State Bar No. 24036212
>JACKSON WALKER LLP
>1900 Broadway, Suite 1200
>San Antonio, Texas 78215
>(210) 978-7791
>Email: egiese@jw.com

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Steven L. Osit to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Steven L. Osit

*/s/ Steven L. Osit*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this 30th day of September, 2024.

Steven L. Osit

*/s/ Steven L. Osit*
