UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE CITY OF SAN ANTONIO, TEXAS § <br> and JESUS SAENZ, in his official capacity § <br> as Director of Airports for the City of San § <br> Antonio, Texas § <br> § <br> § <br> Defendants. § | CIV. ACTION NO. 5:24-cv-1085-XR |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Erica Benites Giese, counsel of record for The City of San Antonio, Texas in the above styled matter, and files this Motion to Withdraw. Movant would respectfully show:

**I.**

1. Such withdrawal is at the request of undersigned counsel with the approval of Movant's client, The City of San Antonio, Texas.

2. The withdrawal will not cause undue delay or prejudice to any party as The Kaplan Kirsh LLP team identified in the Certificate of Service below will continue to serve as Counsel for The City of San Antonio, Texas.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests that she and the law firm of Jackson Walker LLP be allowed to withdraw as counsel of record for Defendants, and for such other and further relief to which Defendants may be justly entitled.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: _____/s/ Erica B. Giese_____

Erica Benites Giese
State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 – Fax

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify on October 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR THE CITY OF SAN ANTONIO**

KAPLAN KIRSCH LLP
W. Eric Pilsk
epilsk@kaplankirsch.com
Eric T. Smith
esmith@kaplankirsch.com
1634 I Street, NW
Suite 300
Washington, DC 20006
Tel: (202) 955-5600
Fax: (202) 955-5616

Steven L. Osit
sosit@kaplankirsch.com
Sarah E. Wilbanks
swilbanks@kaplankirsch.com
KAPLAN KIRSCH LLP
1675 Broadway
Suite 2300
Denver, CO 80202
Tel: (303) 825-7000
Fax: (303) 825-7005

**PLAINTIFF SOUTHWEST AIRLINES CO.**
Mark G. Sessions
msessions@clarkhill.com
Forest M. "Teo" Seger III
tseger@clarkhill.com
Charles Hayes
chayes@clarkhill.com
M. Roy Goldberg
rgoldberg@clarkhill.com
Lawrence Morales II
lawrence@themoralesfirm.com

_/s/Erica B. Giese_
ERICA BENITES GIESE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., § § § Plaintiff, § v. § § THE CITY OF SAN ANTONIO, TEXAS § and JESUS SAENZ, in his official capacity § as Director of Airports for the City of San § Antonio, Texas § § Defendants. § § | CIV. ACTION NO. 5:24-cv-1085-XR |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pending before the Court is a Motion to Withdraw as Counsel by Erica Benites Giese and the law firm of Jackson Walker LLP.  Having considered the same, the Court is of the opinion the motion should be GRANTED.

Accordingly, it is hereby ORDERED that Erica Benites Giese and the law firm of Jackson Walker LLP are hereby allowed to withdraw as counsel of record for Defendants.

Signed on this _____ day of _____, 2024.

_____
Xavier Rodriguez
United States District Judge