# IN THE UNITED STATES DISTRCT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 5:24-cv-01085-XR |
| | ) |
| THE CITY OF SAN ANTONIO, TEXAS and | ) |
| JESUS SAENZ, in his official capacity as | ) |
| Director of Airports for the City of San | ) |
| Antonio, Texas, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Before the Court is Plaintiff Southwest Airlines Co.'s Motion to Compel Delta Airlines to Respond to Third Party Subpoena. After considering the pleadings, the motion, the exhibits in support, any response thereto, the argument of counsel, and all legally competent evidence, the Court GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED THAT Delta's objections to Requests for Production are overruled in full and Delta must fully supplement and produce all documents responsive to the Requests for Production, as limited by Southwest's counsel in the Motion to responsive documents from July 1, 2023 through the present, within five days of the date of this Order.

SIGNED THIS _____ DAY OF _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE