IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO.,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY OF SAN ANTONIO, TEXAS and JESUS SAENZ, in his official capacity as Director of Airports for the City of San Antonio, Texas<br><br>  Defendants. | Civil Action No. 5:24-cv-1085 |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO STRIKE PLAINTIFF'S DESIGNATION OF TESTIFYING EXPERT KIRK SHAFFER, ESQ.**

Before the Court is Defendants' Opposed Motion to Strike Plaintiff's Designation of Testifying Expert Kirk Shaffer, Esq. After considering the motion, any response and reply thereto, the evidence, and the authorities presented, it is hereby ORDERED that the Motion is GRANTED. The Court further ORDERS that Plaintiff's Designation of Testifying Expert Kirk Shaffer, Esq. is struck, and Mr. Shaffer may not testify as an expert witness in this case.

SIGNED THIS _____ DAY OF _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE