IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO.,<br>*Plaintiff*<br><br>-vs-<br><br>CITY OF SAN ANTONIO, TEXAS,<br>JESUS SAENZ, IN HIS OFFICIAL<br>CAPACITY AS DIRECTOR OF<br>AIRPORTS FOR THE CITY OF SAN<br>ANTONIO, TEXAS;<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-01085-XR |

**ORDER**

On this date, the Court considered the status of this case. On November 25, 2024, the Court granted Plaintiff's motion to continue the preliminary injunction hearing, previously set for December 16–18, 2024, and vacated the preliminary injunction scheduling order and discovery plan (ECF No. 22). Text Order, November 25, 2024. The Court further ordered the parties to confer on and submit an updated scheduling order and discovery plan. *Id.*

To date, the parties have not done so. The Court **ORDERS** the parties to advise the Court on the status of this case and submit an updated scheduling order and discovery plan by **January 16, 2025.**

It is so **ORDERED**.

**SIGNED** this 2nd day of January, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE