IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF SAN ANTONIO, TEXAS and ) <br> JESUS SAENZ, in his official capacity as ) <br> Director of Airports for the City of San ) <br> Antonio, Texas, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 5:24-cv-01085-XR |

### JOINT STATUS REPORT, SCHEDULING ORDER AND DISCOVERY PLAN

Pursuant to the Court's Order at ECF No. 51 the parties hereby respectfully submit this Joint Status Report and Updated Scheduling Order and Discovery Plan.

### JOINT STATUS REPORT

During the week when the preliminary injunction hearing was initially scheduled (December 16-18, 2024), the parties conducted an FAA-facilitated settlement meeting, and while related settlement discussions were underway, there was a short suspension of discovery. Unfortunately, no FAA-facilitated settlement was achieved, and the parties have conferred with regard to the revised schedule for the continued litigation of this matter.

### JOINT PROPOSED UPDATED SCHEDULING ORDER AND DISCOVERY PLAN

| Task | Deadline |
|---|---|
| Defendants complete document production | February 3, 2025 |

| | |
|---|---|
| Plaintiff files First Amended Complaint (FAC) | February 18, 2025 |
| Parties complete fact witness depositions | March 7, 2025 |
| Parties complete expert witness depositions | March 14, 2025 |
| Defendants File Motion to Dismiss (MTD) the FAC | Within 21 days of service of FAC |
| Plaintiff responds to MTD | Within 14 days of service of MTD |
| Defendants File Reply in Support of MTD | Within 7 days of service of Response to MTD |
| Preliminary Injunction Hearing/MTD Hearing (three days) | April 2025* |

*The parties have consulted and respectfully propose that the hearing occur on April 23, 24, 25, 28, and/or 30.

Respectfully Submitted,

/s/ W. Eric Pilsk
W. Eric Pilsk (*pro hac vice*)
Epilsk@kaplankirsch.com
Eric T. Smith (*pro hac vice*)
esmith@kaplankirsch.com
**KAPLAN KIRSCH LLP**
1634 I Street, NW, Suite 300
Washington, D.C. 20006
Tel: (202) 955-5600
Fax: (202) 955-5616


Steven L. Osit (*pro hac vice*)
Sosit@kaplankirsch.com
Sarah E. Wilbanks (*pro hac vice*)
**KAPLAN KIRSCH LLP**
1675 Broadway, Suite 2300
Denver, CO 80202
Tel: (303) 825-7000
Fax: (303) 825-7005

**THE MORALES FIRM, P.C.**
6243 W. Interstate 10, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821

By: /s/ Lawrence Morales II
Lawrence Morales II
State Bar No. 24051077
lawrence@themoralesfirm.com
Allison S. Hartry
State Bar No. 24083149
ahartry@themoralesfirm.com

**CLARK HILL PLC**
Mark Sessions
Texas Bar No.18039500
Forest M. "Teo" Seger III
Texas Bar No.24070587
Charles Hayes
Texas Bar No. 24116496
2301 Broadway Street

2

<table>
<tr><td></td><td>San Antonio, TX 78215<br>Tel. (210) 250-6162<br>Email: msessions@clarkhill.com<br>tseger@clarkhill.com<br>chayes@clarkhill.com<br><br>M. Roy Goldberg<br>1001 Pennsylvania Avenue N.W.<br>Suite 1300 South<br>Washington, D.C. 20004<br>Tel. (202) 552-2388<br>Email: rgoldberg@clarkhill.com<br>(Admitted *Pro Hac Vice*)</td></tr>
<tr><td>**Counsel for Defendants the City of San Antonio and Jesus Saenz**</td><td>**Counsel for Plaintiff Southwest Airlines Co.**</td></tr>
</table>

Dated: January 14, 2025

## CERTIFICATE OF SERVICE

     I hereby certify that on January 14, 2025, I caused a true and accurate copy of the foregoing Joint Status Report, Scheduling Order and Discovery Plan to be filed with the Court via the CM/ECF system and that all parties of record will receive access through that system.

                                       */s/ Roy Goldberg*
                                       Roy Goldberg