IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., <br> *Plaintiff* <br><br> -vs- <br><br> CITY OF SAN ANTONIO, TEXAS, JESUS SAENZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF AIRPORTS FOR THE CITY OF SAN ANTONIO, TEXAS; <br> *Defendants* | § § § § § § § § § § § § § <br><br> SA-24-CV-01085-XR |

## FIRST AMENDED PRELIMINARY INJUNCTION SCHEDULING ORDER AND DISCOVERY PLAN

The Court adopts the revised scheduling order and discovery plan. ECF No. 52. Accordingly, the following revised scheduling order and discovery plan will control this case until the preliminary injunction and motion to dismiss hearing set below.

| Task | Deadline |
|---|---|
| Defendants complete document production | February 3, 2025 |
| Plaintiff files First Amended Complaint ("FAC") | February 18, 2025 |
| Parties complete fact witness depositions | March 7, 2025 |
| Parties complete expert witness depositions | March 14, 2025 |
| Defendants file Motion to Dismiss ("MTD") the FAC | Within 21 days of service of FAC |
| Plaintiff responds to MTD | Within 14 days of service of MTD |
| Defendants file Reply in Support of MTD | Within 7 days of service of Response to MTD |
| Preliminary Injunction Hearing/MTD Hearing | April 23, 24, and 30, 2025 at 9:30 a.m. in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. |

It is **SO ORDERED**.

**SIGNED** this 15th day of January, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE