IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST AIRLINES CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF SAN ANTONIO, TEXAS and ) <br> JESUS SAENZ, in his official capacity as ) <br> Director of Airports for the City of San ) <br> Antonio, Texas, ) <br> ) <br> Defendants. ) | Civil Action No. 5:24-cv-01085-XR |

**<u>ORDER GRANTING UNOPPOSED MOTION TO PARTIALLY MODIFY FIRST AMENDED PRELIMINARY INJUNCTION SCHEDULING ORDER AND DISCOVERY PLAN</u>**

Pending before the Court is Southwest Airline's Unopposed Motion to Partially Modify the First Amended Preliminary Injunction Scheduling Order and Discovery Plan. Finding good cause, the Court finds that the Order is GRANTED and the following deadlines shall govern this case:

| Task | Deadline |
|---|---|
| Plaintiff files First Amended Complaint ("FAC") | February 27, 2025 |
| Parties complete fact witness depositions | March 17, 2025 |
| Parties complete expert witness depositions | March 14, 2025 |
| Defendants file Motion to Dismiss ("MTD") the FAC | Within 21 days of service of FAC |
| Plaintiff responds to MTD | Within 14 days of service of MTD |
| Defendants file Reply in Support of MTD | Within 7 days of service of Response to MTD |
| Preliminary Injunction Hearing/MTD Hearing | April 23, 24, and 30, 2025 at 9:30 a.m. in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. |

1

It is **SO ORDERED**.

DATED: _____, 2025

                                            _____
                                            **XAVIER RODRIGUEZ**
                                            **U.S. District Judge**