**Gating Placement Analysis Worksheet**

**Airline:** American Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 6 | | | 5 | 4.5 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 4 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 7 |
| Service, Growth, Experience[4] | | | | 7 | 7 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 29.5 - |

Footnotes:

████████████████

1.  Gate points as follows: 1-2: 2 points    3-4: 3 points    4-5: 4 points    6+: 5 points

2.  Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile: 4 points    1st Quartile: 5 points

3.  "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.  Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.  "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.  Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.  As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

"Fit" into SAT: Network carrier. Business traveler appeal plus leisure appeal. Good balance. Technology adequate. Club increases Carrier's appeal to SAT traveler.

Service, Growth, & Experience: Split cabin, top-tier club experience. Hub feed. Growth potential viewed in conjunction with already high epax and club commitment. Known DC commitment. Fact that DCA is focus city is highly relevant.

Written Commitments: Airline will commit to 10-15 year lease on club.

Need for City Gates:

Terminal Load Balancing: EPM to address.

| Recommendation: |
| --- |
| Terminal C |

| High epax, club and number of gates --> Key factors |
| --- |



3

**Gating Placement Analysis Worksheet**

**Airline:** Delta Air Lines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 5 | | | 5 | 4 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | Yes | | | 4 | 4 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 3 |
| "Fit" into SAT [3] | | | | 7 | 7 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | - 31 - |

Footnotes:

████████████

1.    Gate points as follows:  1-2: 2 points    3-4: 3 points    4-5: 4 points    6+: 5 points

2.    Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile: 4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

CoSA0003478
CONFIDENTIAL

"Fit" into SAT:  Network carrier. Business traveler appeal plus leisure appeal. Very good balance.

Recommendation:

# C

Next to International Gate

Service, Growth, & Experience:  Split cabin, top-tier experience. Hub feed. Code share with Aeromexico. Growth potential viewed in conjunction with commitment to club. Technology is very good. Clear commitment to SAT by investment in major club.

Written Commitments:  Willing to enter into long-term lease of club. 10-15 years. Major commitment to SAT.

Need for City Gates:  Code share opens potential for need for DL gates to be close to Aeromexico International operations.



Terminal Load Balancing: EPM to address.



3

**Gating Placement Analysis Worksheet**

**Airline:**_____United Airlines_____

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 6 | | | 5 | 4 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 3 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 5 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 25 - |

Footnotes:

■■■■■■■■■■■■■■■■

1.    Gate points as follows:  1-2: 2 points    3-4: 3 points    4-5: 4 points    6+: 5 points

2.    Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile: 4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

"Fit" into SAT:  Network carrier. Business traveler appeal plus leisure appeal.

Recommendation:

# B, C or A

Further analysis needed

Service, Growth, & Experience:  Split cabin, club experience. Hub feed. Growth potential viewed in light of HQ visit and commitment to club.

Written Commitments:  Club commitment. Unclear as to term - if current club is maintained, term maybe 5 years.

Need for City Gates:  Unlikely



Terminal Load Balancing: EPM to address.

3

**Gating Placement Analysis Worksheet**

**Airline:** ___Southwest Airlines___

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 10 | | | 5 | 5 |
| Airline Club Requested | No | | | 7 | 0 |
| International Flights | Yes | | | 5 | 4 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 5 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 5 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 25 - |

Footnotes:

1.  Gate points as follows:   1-2: 2 points   3-4: 3 points   4-5: 4 points   6-7: 5 points

2.  Current EPax rank points as follows:   4th Quartile: 2 points   3rd Quartile: 3 points   2nd Quartile: 4 points   1st Quartile: 5 points

3.  "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.  Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.  "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.  Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.  As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**<u>Scoring Notes</u>**

2

"Fit" into SAT: Point to point with "focus city" service. Single cabin. Leisure travel product more than business.

Service, Growth, & Experience: Single class cabin. Different boarding experience. Growth potential viewed in conjunction with already high epax. Seeking SAT-DC authority.

Written Commitments: None. Note large increase in gates raise questions about Post DBO utilization. May be "blocking' play.

Need for City Gates: With 10 gates, highly unlikely to need per turn city gates.

Terminal Load Balancing: EPM to address. However, current WN epax levels raise concern about having carrier together with AAEDC.

| Recommendation: |
| --- |
| Not C |

Note: With AA & DL needing to go in C, 10 gates cannot be accommodated in C. International gates in C exacerbate issues with putting WN gates in C.
Note: International service is only seasonal - loss of 1 point.



CoSA0003485
CONFIDENTIAL

CONFIDENTIAL: DO NO DISSEMINATE

**Gating Placement Analysis Worksheet**

Airline: American Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 6 | | | 5 | 4.5 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 4 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 7 |
| Service, Growth, Experience[4] | | | | 7 | 7 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 29.5 - |

Footnotes:

1.    Gate points as follows:   1-2: 2 points    3-4: 3 points.    4-5:  4 points    6+: 5 points

2.    Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile:  4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**<u>Scoring Notes</u>**

2

CONFIDENTIAL

Total Points: __- 29.5 -__

"Fit" into SAT:

> Network carrier.  Business traveler appeal plus leisure appeal.

Recommendation:

> Terminal C

Service, Growth, & Experience:

> Split cabin, Top-tier club experience.  Hub feed.  Growth potential viewed in conjunction with already high epax and club commitment.  Known DC commitment.

> High e pax, club and number of gates --> Key factors

Written Commitments:

Need for City Gates:

Terminal Load Balancing:



3

CONFIDENTIAL

CONFIDENTIAL: DO NO DISSEMINATE

**Gating Placement Analysis Worksheet**

Airline: Delta Air Lines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 5 | | | 5 | 4 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | Yes | | | 4 | 4 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 3 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 7 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 31 - |

Footnotes:

1.    Gate points as follows:   1-2: 2 points    3-4: 3 points;    4-5:  4 points    6+: 5 points

2.    Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points   2nd Quartile: 4 points   1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

CoSA0003490
CONFIDENTIAL

Total Points: _____

"Fit" into SAT:

Network carrier.  Business traveler appeal plus leisure appeal.

Recommendation:

Service, Growth, & Experience:

Split cabin, Top-tier club experience.  Hub feed.  Code share with Aeromexico.  Growth potential viewed in conjunction with commitment to club.

Written Commitments:

Need for City Gates:

Code share opens potential for need for DL gates to be close to Aeromexico Int'l operations.



Terminal Load Balancing:

3

**Gating Placement Analysis Worksheet**

Airline: Southwest Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 10 | | | 5 | 5 |
| Airline Club Requested | No | | | 7 | 0 |
| International Flights | Yes | | | 5 | 4 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 5 |
| "Fit" into SAT [3] | | | | 7 | 5 |
| Service, Growth, Experience [4] | | | | 7 | 6 |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | - 25.0 - |

Footnotes:

1.    Gate points as follows:   1-2: 2 points     3-4: 3 points:     4-5:  4 points     6+: 5 points

2.    Current EPax rank points as follows:      4th Quartile: 2 points     3rd Quartile:  3 points     2nd Quartile:  4 points     1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**<u>Scoring Notes</u>**

2

Total Points: _____

"Fit" into SAT:

Point to point with "focus city"

Recommendation:

Service, Growth, & Experience:

Single class cabin.  Different boarding experience    Growth potential viewed in conjunction with already high epax. Seeking SAT-DC authority.

Written Commitments:

Need for City Gates:

Draft

Terminal Load Balancing:



3

## Gating Placement Analysis Worksheet

**Airline:** United Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 6 | | | 5 | 4 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 3 |
| "Fit" into SAT [3] | | | | 7 | 5 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | - 25.0 - |

Footnotes:

1.    Gate points as follows:  1-2: 2 points    3-4: 3 points.    4-5:  4 points    6+: 5 points

2.    Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile:  4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**<u>Scoring Notes</u>**

2

Total Points: _____

"Fit" into SAT:

Network carrier.  Business traveler appeal plus leisure appeal.

Recommendation:

Service, Growth, & Experience:

Split cabin, Club experience.  Hub feed.  Growth potential viewed in light of HQ visit and commitment to club.

Written Commitments:

Need for City Gates:

Terminal Load Balancing:

3

**Gating Placement Analysis Worksheet**

Airline: American Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 6 | | | 5 | 4.5 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 4 |
| "Fit" into SAT [3] | | | | 7 | 7 |
| Service, Growth, Experience [4] | | | | 7 | 7 |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | - 29.5 - |

Footnotes:

████████████

1.    Gate points as follows:   1-2: 2 points    3-4: 3 points.    4-5:  4 points    6+: 5 points

2.    Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile:  4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

CoSA0003499
CONFIDENTIAL

Total Points: ___- 29.5 -___

"Fit" into SAT:

Network carrier.  Business traveler appeal plus leisure appeal.

Recommendation:

Terminal C

Service, Growth, & Experience:

Split cabin, Top-tier club experience.  Hub feed.  Growth potential viewed in conjunction with already high epax and club commitment.  Known DC commitment.

High e pax, club and number of gates --> Key factors

Written Commitments:

Need for City Gates:

Terminal Load Balancing:



3

**Gating Placement Analysis Worksheet**

Airline: Delta Air Lines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 5 | | | 5 | 4 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | Yes | | | 4 | 4 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 3 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 7 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 31 - |

Footnotes:

████████████████

1.   Gate points as follows:   1-2: 2 points     3-4: 3 points     4-5:  4 points     6+: 5 points

2.   Current EPax rank points as follows:     4th Quartile: 2 points     3rd Quartile: 3 points     2nd Quartile:  4 points     1st Quartile: 5 points

3.   "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.   Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.   "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.   Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.   As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

CONFIDENTIAL

Total Points: _____

"Fit" into SAT:

Network carrier.  Business traveler appeal plus leisure appeal.

Recommendation:

Service, Growth, & Experience:

Split cabin, Top-tier club experience.  Hub feed.  Code share with Aeromexico.  Growth potential viewed in conjunction with commitment to club.

Written Commitments:

Need for City Gates:

Code share opens potential for need for DL gates to be close to Aeromexico Int'l operations.



Terminal Load Balancing:

3

CoSA0003503
CONFIDENTIAL

**Gating Placement Analysis Worksheet**

Airline: Southwest Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 10 | | | 5 | 5 |
| Airline Club Requested | No | | | 7 | 0 |
| International Flights | Yes | | | 5 | 4 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 5 |
| "Fit" into SAT [3] | | | | 7 | 5 |
| Service, Growth, Experience [4] | | | | 7 | 6 |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | - 25.0 - |

Footnotes:

CoSA0003504

1.    Gate points as follows:  1-2: 2 points    3-4: 3 points.    4-5:  4 points      6+: 5 points

2.    Current EPax rank points as follows:      4th Quartile: 2 points      3rd Quartile: 3 points    2nd Quartile:  4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

CoSA0003505
CONFIDENTIAL

Total Points: _____

"Fit" into SAT:

| |
|---|
| Point to point with "focus city" |

Recommendation:

Service, Growth, & Experience:

| |
|---|
| Single class cabin.  Different boarding experience    Growth potential viewed in conjunction with already high epax. Seeking SAT-DC authority. |

Written Commitments:

Need for City Gates:



Terminal Load Balancing:

███████████████████████

3

CONFIDENTIAL: DO NO DISSEMINATE

## Gating Placement Analysis Worksheet

Airline: United Airlines

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | 6 | | | 5 | 4 |
| Airline Club Requested | Yes | | | 7 | 7 |
| International Flights | No | | | 5 | 0 |
| Relevant International Code Share(s) | No | | | 4 | 0 |
| Current EPax Levels [2] | WN, AA, DL | | | 5 | 3 |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | 5 |
| Service, Growth, Experience[4] | | | | 7 | 6 |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | - 25.0 - |

Footnotes:

████████████████████

1.  Gate points as follows:  1-2: 2 points    3-4: 3 points.    4-5:  4 points    6+: 5 points

2.  Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points   2nd Quartile:  4 points   1st Quartile: 5 points

3.  "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.  Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.  "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.  Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.  As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

CONFIDENTIAL

Total Points: _____

"Fit" into SAT:

Network carrier.  Business traveler appeal plus leisure appeal.

Recommendation:

Service, Growth, & Experience:

Split cabin, Club experience.  Hub feed.  Growth potential viewed in light of HQ visit and commitment to club.

Written Commitments:

Need for City Gates:

*Draft*

Terminal Load Balancing:

3

**Gating Placement Analysis Worksheet**

Airline:_____

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | | | | 5 | |
| Airline Club Requested | | | | 7 | |
| International Flights | | | | 5 | |
| Relevant International Code Share(s) | | | | 4 | |
| Current EPax Levels [2] | | | | 5 | |
| | | | | | |
| "Fit" into SAT [3] | | | | 7 | |
| Service, Growth, Experience[4] | | | | 7 | |
| | | | | | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| | | | | | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| | | | | | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| | | | | | |
| Total: | --- | --- | --- | 40 | |

Footnotes:

███████████████████

1.    Gate points as follows:   1 2: 2 points   3 4: 3 points   5 6: 4 points   6 7: 5 points

2.    Current EPax rank points as follows:     4th Quartile: 2 points     3rd Quartile: 3 points     2nd Quartile: 4 points     1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

**Scoring Notes**

2

Total Points: _____

"Fit" into SAT:

Recommendation:

Service, Growth, & Experience:

Written Commitments:

Need for City Gates:

Terminal Load Balancing:



3

**Gating Placement Analysis Worksheet**

Airline:_____

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | | | | 5 | |
| Airline Club Requested | | | | 7 | |
| International Flights | | | | 5 | |
| Relevant International Code Share(s) | | | | 4 | |
| Current EPax Levels [2] | | | | 5 | |
| "Fit" into SAT [3] | | | | 7 | |
| Service, Growth, Experience [4] | | | | 7 | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | |

Footnotes:

████████████████████

1.  Gate points as follows: T.1: 2 points   3: 4: 3 points   T.5: 4 points   6.: 5 points

2.  Current EPax rank points as follows:    4th Quartile: 2 points    3rd Quartile: 3 points    2nd Quartile: 4 points    1st Quartile: 5 points

3.  "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.  Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.  "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.  Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.  As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

## Scoring Notes

Total Points: _____

"Fit" into SAT:

Service, Growth, & Experience:

Written Commitments:

Need for City Gates:

Terminal Load Balancing:

| Recommendation: |
| --- |
| |

2

**Gating Placement Analysis Worksheet**

Airline:_____

| Factor | Airline Data | Additional Information | Comments | Possible Points | Awarded Points |
|---|---|---|---|---|---|
| Number of Pref. Gates Requested [1] | | | | 5 | |
| Airline Club Requested | | | | 7 | |
| International Flights | | | | 5 | |
| Relevant International Code Share(s) | | | | 4 | |
| Current EPax Levels [2] | | | | 5 | |
| "Fit" into SAT [3] | | | | 7 | |
| Service, Growth, Experience[4] | | | | 7 | |
| Written Commitment To City Pairs, Flights or EPax [5] | | | | N/A | |
| Possible Need For Appurtenant City Gates [6] | | | | N/A | |
| Terminal Load Balancing Considerations [7] | N/A | | | N/A | |
| Total: | --- | --- | --- | 40 | |

████████████████████

Footnotes:

1.    Gate points as follows:   1-2: 2 points     3-4: 3 points.     4-5:  4 points      6+: 5 points

2.    Current EPax rank points as follows:      4th Quartile: 2 points     3rd Quartile: 3 points    2nd Quartile: 4 points    1st Quartile: 5 points

3.    "Fit" into SAT relates to desirability of passenger profile (business, leisure, mix, etc) and airline brand position (network, ULCC, established, start-up, etc)

4.    Service, Growth, Experience is intended to account for airlines overall reasonable growth potential and commitment to SAT, aspirations for international flights and any differentiation of product or technology used that would enhance customer experience.

5.    "Written Commitment To City Pairs, Flights or EPax" is to account for definitive written commitment, with meaningful breach provisions, to provide specific city pair service, a minimum level of flights or level of enplaned passengers.  Could be a contingent commitment (ex. if route authority is granted, carrier will provide daily non-stop serviced to DCA for __ years).

6.    Possible Need For Appurtenant City Gates" considers the potential for a carrier to grow incrementally beyond its preferential gates and/or for the use of city gates for RON aircraft.  The availability of usable city gates for IROPs is also a factor that is considered.

7.    As carriers are prioritized for assignment to Terminal C, it is necessary to view the airport's operations as a whole and determine what is advisable from an airport-wide balancing viewpoint.  Among the areas for consideration are impacts upon Baggage Make Up area, the BHS, the airport roadway system, the passenger and commercial curbs and the ticketing lobby.

### Scoring Notes

Total Points: _____

"Fit" into SAT:

Service, Growth, & Experience:

Written Commitments:

Need for City Gates:

Terminal Load Balancing:

Recommendation:



2