```
1       IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
2             SAN ANTONIO DIVISION

3  SOUTHWEST AIRLINES CO.,   )
                             )
4       Plaintiff            )
                             )
5  VS.                       ) Civil Action No.
                             ) 5:24-cv-01085-XR
6                            )
   THE CITY OF SAN ANTONIO,  )
7  TEXAS and JESUS SAENZ, in )
   his official capacity as  )
8  Director of Airports for  )
   the City of San Antonio,  )
9  Texas,                    )
                             )
10      Defendant            )
   *******************************************************
11
              VIDEO/ORAL DEPOSITION OF
12
                   JESUS SAENZ
13
                 NOVEMBER 20, 2024
14
   *******************************************************
15     VIDEO/ORAL DEPOSITION of JESUS SAENZ, produced as

16 a witness at the instance of the PLAINTIFF, SOUTHWEST

17 AIRLINES CO., and duly sworn, was taken in the

18 above-styled and numbered cause on the 20th day of

19 November, 2024, from 1:01 p.m. to 5:48 p.m., before

20 Monique M. Sarosdy, CSR in and for the State of Texas,

21 reported by machine shorthand, at the offices of

22 AIRPORT BUSINESS CENTER, 10100 Reunion Place, 8th

23 Floor, San Antonio, TX  78216, pursuant to the Federal

24 Rules of Civil Procedure and the provisions stated on

25 the record or attached hereto.
```



MAGNA LEGAL SERVICES

Page 2

```
 1            A P P E A R A N C E S
 2  FOR THE PLAINTIFF, SOUTHWEST AIRLINES CO.:
       Roy Goldberg
 3     CLARK HILL PLC
       1001 Pennsylvania Avenue N.W., Suite 1300 South
 4     Washington, D.C. 20004
       (202) 552-2388
 5     rgoldberg@clarkhill.com
 6     Lawrence Morales II
       THE MORALES LAW FIRM, P.C.
 7     6243 IH-10 West, Suite 132
       San Antonio, TX 78201
 8     (210) 225-0811
       lawrence@themoralesfirm.com
 9
    FOR THE DEFENDANT, THE CITY OF SAN ANTONIO, TEXAS AND
10  JESUS SAENZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF
    AIRPORTS FOR THE CITY OF SAN ANTONIO, TEXAS:
11     W. Eric Pilsk
       KAPLAN KIRSCH LLP
12     1634 I Street NW, Suite 300
       Washington, D.C. 20006
13     (202) 955-5600
       kaplankirsch.com
14
       Debbie Klein
15     CITY OF SAN ANTONIO
       203 S. Saint Mary's Street, 2nd Floor
16     San Antonio, TX 78205
       (210) 207-8919
17     deborah.klein@sanantonio.gov
18  THE VIDEOGRAPHER:
       TIMOTHY DESADIER
19
    ALSO PRESENT:
20     ANGELA J. MAYEUX
       (In-House Counsel for Southwest)
21
22            * * * * * *
23
24
25
```

Page 3

```
 1             I N D E X
 2  Appearances .......................3
 3          FIRST
           REFERENCE
 4
    JESUS SAENZ
 5  Examination By Mr. Goldberg: ....................6
 6  NOTE: PORTIONS OF THE TRANSCRIPT (PAGE 91, LINE 12
    THROUGH PAGE 98, LINE 10) WERE DESIGNATED ATTORNEYS'
 7  EYES ONLY AND HAVE BEEN BOUND SEPARATELY
 8          EXHIBITS
 9  28   E-mail dated 1/9/24, Bates label ............37
         COSA0005796
10
    29   E-mail dated 1/9/24, Bates label ............44
11       COSA0005791-5792, COSA0005718-5719
12  30   San Antonio Report article ..................57
13  31   Terminal Development Program PowerPoint .....65
         document, Bates label COSA0006127-6148
14
    32   Terminal Development Program PowerPoint .....66
15       document, Bates label COSA0005510-5533
16  33   Summary of Decision-Making Process for ......81
         Post-DBO Gate and Club Locations, Bates
17       label COSA0001973-1974
18  34   Meeting Minutes, Executive Steering .........81
         Committee, 6/14/24, Bates label
19       COSA0003347-3352
20  35   Gating Placement Analysis Worksheet, .......114
         Bates label COSA0003474-3482
21
    36   Meeting Minutes, Executive Steering ........157
22       Committee, 5/3/24, Bates label
         COSA0003304-3309
23
    37   Meeting Minutes, Executive Steering ........169
24       Committee, 2/9/24, Bates label
         COSA0003074-3080, COSA0001703-1706
25
```

Page 4

```
 1  38   SAT Gating Analysis Airline Allocation .....171
         Scenarios, 3/27/24, Bates label
 2       COSA001702-1706
 3  39   E-mail dated 2/6/24, Bates label ...........175
         COSA0005715-5716
 4
    40   San Antonio International Airport, The .....178
 5       New Terminal: Demand, Growth and
         Development, PowerPoint, Bates label
 6       COSA0001643, COSA0001655-1657,
         COSA0005968-5970
 7
    41   San Antonio Airport System speaking ........180
 8       points, City Council briefings, Airline
         Use and Lease document, Bates label
 9       COSA0006531-6534
10  42   Executive Steering Committee PowerPoint ....192
         document, Bates label COSA0003311-3328
11
    Reporter's Certificate ...........................205
12
13             -o-O-o-
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1          THE VIDEOGRAPHER: We are now on the
 2  record. This begins videotape number one in the
 3  deposition of Jesus Saenz in the matter of Southwest
 4  Airlines Company vs. the City of San Antonio, Texas,
 5  et al in the United States District Court for the
 6  Western District of Texas, San Antonio Division.
 7          Today is November 20th, 2024 and the
 8  time is 1:01 p.m. This deposition is being taken at
 9  10100 Reunion Place, San Antonio, Texas at the request
10  of the Morales Firm, PC. The videographer is Timothy
11  Desadier of Magna Legal Services and the court
12  reporter is Monique Sarosdy of Magna Legal Services.
13          Will counsel and all parties present
14  state their appearances and whom they represent.
15          MR. GOLDBERG: Roy Goldberg from Clark
16  Hill on behalf of the plaintiff, Southwest Airlines
17  Co.
18          MR. MORALES: Lawrence Morales on behalf
19  of Southwest Airlines.
20          MS. MAYEUX: Angela Mayeux, in-house
21  counsel, Southwest Airlines.
22          MS. KLEIN: Debbie Klein, City of
23  San Antonio, City Attorney's Office on behalf of the
24  City of San Antonio and Jesus Saenz.
25          MR. PILSK: Eric Pilsk, Kaplan Kirsch,
```



Jesus Saenz
November 20, 2024
Pages 58 to 61

Page 58

1   Q.  And this is dated February 15, 2023, it's
2 called "New Terminal Design Signals Major Billion
3 Dollar Changes at San Antonio Airport," do you see
4 that?
5   A.  I do.
6   Q.  And it's written by a Shari Biediger, do you
7 know who that is, B-I-E-D-I-G-E-R?
8   A.  Yes, sir.  She's a reporter.
9   Q.  Did she interview you for this article?
10   A.  I don't remember but she must have if it's
11 written.
12   Q.  So it says, "Airport officials unveiled a
13 model and renderings of a new San Antonio terminal
14 airport Wednesday that city manager, Erik Walsh, said
15 changes the pathway for this region for a very long
16 time," do you see that?
17   A.  Yes, sir.
18   Q.  Okay.  Then it says, "Conceptual renderings
19 show a bright and modern airport terminal bigger than
20 the two existing terminals combined with up to 17
21 gates, lengthy passenger departure and arrival lanes,
22 spacious waiting areas and club lounges and a lushly
23 landscaped open air courtyard"; is that right?
24   A.  Yes, sir.
25   Q.  So that was the plan as of these conceptual

Page 59

1 renderings in February 2023, correct?
2   A.  Yes, sir.
3   Q.  And is that what is currently also still
4 being planned and proposed for Terminal C?
5   A.  Well, there's a number of changes as you go
6 through the design, it's the reason we went with a
7 delivery method of a construction manager, so it's
8 constantly under design.  When we started --
9   Q.  Sorry.  Will it be bright and modern?
10   A.  Yes, sir.
11   Q.  Will it be bigger than the two existing A and
12 B combined?
13   A.  Yes, sir.
14   Q.  Will it be up to 17 gates?
15   A.  To be determined still.  We're still in
16 design.
17   Q.  Will there be club lounges?
18   A.  As of right now, yes.
19   Q.  What do you mean "as of right now," that may
20 change?
21   A.  It could.  Right now it's in design and
22 carriers have already requested to place lounges.  So
23 it's being designed with those lounges.
24   Q.  And it will be lushly landscaped open air
25 courtyard, that's part of it too currently?

Page 60

1   A.  Yes, sir.
2   Q.  Did you ever have a conversation with city
3 manager, Erik, with a K, Walsh, W-A-L-S-H regarding
4 the designs for the new terminal?
5   A.  Yes, sir.
6   Q.  Did you ever discuss with Mr. Walsh having
7 club lounges in the new terminal?
8   A.  I don't remember if we specifically discussed
9 club lounges.  Like if you're asking me in a
10 conversation just with me and the city manager?
11   Q.  Yes.
12   A.  I know that in the design as the information
13 is reported to the Executive Steering Committee, that
14 information is shared with everyone that attends the
15 meeting.
16   Q.  Did you ever have a conversation between you
17 and Mr. Walsh as to his hopes and desires for what the
18 new terminal would become?
19   A.  Sure.
20   Q.  Okay.  Tell us about that.
21   A.  The City of San Antonio has on a number of
22 occasions issued out a master planning effort and has
23 not necessarily executed on those master plans and it
24 is his -- you know, I don't want to speak for the city
25 manager, but in our conversations, the City needs to

Page 61

1 improve its overall aviation footprint as it relates
2 to the amount of capacity we have for terminals, the
3 amount of air service that we provide, so
4 specifically, you know, service into Mexico, service
5 into South America, service -- European service and
6 continuing to grow the City as the airport works to
7 grow and expand for -- you know, to have better
8 economic impact to the City.  So the airport is a very
9 important engine in order for those things to happen
10 and for people to do business, and his constant
11 request or ask of me is, hey, let's help grow the
12 airport so that can help grow the economic impact of
13 the City.
14   Q.  Were club lounges in the master plan, if you
15 can recall?
16   A.  I don't remember that.
17   Q.  Goes on for quite a bit.  On Page 4 of 5, it
18 says that Councilman Clayton Perry, D10, asks what
19 will be done to Terminals A and B to bring them up to
20 standards.  "Those passengers coming in and out of
21 Terminal A and B may never ever see Terminal C," he
22 said.  "Saenz responded that the new terminal will
23 become a central processor connecting to Terminal B,
24 but Terminal A, built in 1984, has nearly reached the
25 end of its life expectancy."  Then it says, quoting



Jesus Saenz
November 20, 2024
Pages 62 to 65

Page 62
1 you, "We feel like we can get still another five to
2 eight years after that, but after that, it's a
3 demolition," correct, you said that?
4   A.   That is correct.
5   Q.   And so five to eight years after 2013, I took
6 math from the gym coach, but basically, we're talking
7 about the end of the decade, right?
8   A.   Correct.
9   Q.   And is that still your understanding, that by
10 the end of this decade, Terminal A goes kaput?
11   A.   No, sir.
12   Q.   So what's changed between this article, which
13 I assume you meant that at the time, and today?
14   A.   We've made a lot of investment into Terminal
15 A as it relates to mechanical, electrical and
16 plumbing.  So we've put pretty close to a hundred
17 million dollars' worth of work into Terminal A to
18 continue to, you know, extend the life expectancy of
19 Terminal A.
20   Q.   But as of February 2023, you thought Terminal
21 A was going to be demolished, and sitting here today,
22 you're saying it's not, when was the decision made to
23 put that extra money in into retaining Terminal A, and
24 how long do you expect to keep Terminal A?
25   A.   Well, we feel like we can continue to extend

Page 63
1 the life of Terminal A.  There was a Terminal A
2 assessment that was performed that outlined some of
3 the needs, but it wasn't a very high level detail.  So
4 as we went through the Airline Use and Lease Agreement
5 with the carriers, we made the decision that we would
6 do an assessment of Terminal A and Terminal B and then
7 make the capital investment to help bring those
8 terminals further along.
9   Q.   So in February 2023, you said to the
10 reporter, "Terminal A is going to be demolished," was
11 that still the state of affairs by the end of 2023?
12   A.   I'm taking my time because I'm trying to
13 remember when --
14   Q.   Sure.  That changed, yeah.
15   A.   We've made a lot of investments.  I mean, I
16 think about mechanical work that we have done, we've
17 done electrical work into the terminal --
18   Q.   Sorry.  But when was the switch flipped, that
19 all of a sudden, if you had been talking to a reporter
20 after this article, you would have said, no, Terminal
21 A is staying for a long time?
22   A.   In the advanced terminal planning documents
23 that we completed post the strategic development
24 program, and I don't remember the exact dates, I
25 apologize.

Page 64
1   Q.   Generally speaking?
2   A.   I don't want to answer incorrectly and give
3 you a wrong date and be held to that, so I apologize.
4 I just don't remember the exact dates.  But we did
5 advance Terminal A planning that led to the decision
6 of how long the terminals could last and we wanted to
7 continue to work towards, you know, adding additional
8 capacity, at which point, we made the decision to add
9 three additional gates, two into Terminal B and one
10 into Terminal A, which those gates are now utilized.
11 And then currently to date, to additional capacity
12 because of the growth patterns that we've been
13 experiencing, we added the ground load facility, and
14 we plan to open that ground load facility adjacent to
15 Terminal A in October of 2025.  So somewhere in that
16 timeline, as we were making those decisions and we
17 were connecting the ground load facility to Terminal
18 A, we made the decision that Terminal A still has a
19 lot of life expectancy into it and we want to continue
20 to grow the amount of air service that we have here
21 out of San Antonio International Airport.
22         MR. GOLDBERG:  Why don't we take a
23 ten-minute break.
24         THE VIDEOGRAPHER:  Going off the record.
25 Time is 2:09.

Page 65
1         (Recess from 2:09 to 2:24.)
2         THE VIDEOGRAPHER:  Back on the record.
3 Time is 2:24.
4         (Exhibit No. 31 marked.)
5   Q.   (BY MR. GOLDBERG) Director Saenz, did you go
6 to Southwest Airlines on April 2nd, 2024 to talk about
7 the Terminal Development Program?
8   A.   We did go to Southwest Airlines, I don't
9 remember the exact date, but yes, sir, we did.
10   Q.   Around that time frame?
11   A.   Yes, sir.
12   Q.   What was the purpose of that meeting?
13   A.   Discuss the update on the Terminal
14 Development Program.
15   Q.   Had a decision at that point been made, that
16 Southwest would not be allowed to go to Terminal C?
17   A.   No, sir.
18   Q.   Had Corgan, at that point, recommended to the
19 ESC that Southwest not be permitted to go to Terminal
20 C?
21   A.   No, sir.
22   Q.   Okay.  And was a PowerPoint part of the
23 airport's meeting with Southwest Airlines?  Was one
24 prepared?
25   A.   Yes, sir.



Page 86
1 was a factor that was considered?
2    A.   I don't know what fit means.
3    Q.   That's what I was going to ask you.  Okay.
4 You just don't know.  Whoever drafted this must have
5 had an understanding but you're not aware.
6    A.   I don't know what fit means.
7    Q.   Well, did you ever in the ESC discussions or
8 any other discussion leading up to the decision talk
9 about airline fit into San Antonio?
10    A.   I don't remember that, sir.
11    Q.   What about, "The airline's service growth and
12 experience."  Was that a factor that was considered in
13 the gating decision?
14    A.   I would say growth is.  I don't know how
15 service and experience play into a role of deciding
16 why an airline would get into a certain gate because
17 that's what -- that's what's being referenced here.
18 Now, service can be interpreted a lot of different
19 ways.  Are you servicing international, are you
20 servicing domestic or is it your overall level of
21 customer service?  I don't know what they're -- what
22 is trying to be said here.  So I would say -- now
23 growth is a factor to say, hey, I'm going to go from X
24 number of gates to X -- to Y number of gates, well
25 then okay, then that could be a factor.  Your

Page 87
1 experience, not sure why that would play a factor into
2 why -- whether you've been in operation and you've got
3 approval to operate an aircraft commercially at this
4 airport, whether it's one year or ten years.  I'd have
5 to have a better definition of what experience means
6 before I'd say.
7    Q.   Would you agree with me that airline clubs
8 are a service that an airline offers to passengers?
9    A.   Yes, sir.
10    Q.   And in selecting Delta and American for
11 Terminal C, the airline agreement to lease club space
12 in the terminal was a significant factor, correct?
13           MR. PILSK:  Objection; asked and
14 answered.  You can answer.
15           THE WITNESS:  It's a factor.  I wouldn't
16 say it's a significant factor.
17    Q.   (BY MR. GOLDBERG)  And you don't know what
18 was referenced in this document regarding fit of the
19 carrier?
20    A.   No, sir.
21    Q.   Would that be an appropriate factor to
22 consider in deciding where to place a carrier, what
23 the fit of the carrier is with the City?
24    A.   I have an interpretation of fit as I read
25 this document, and I take into consider size of

Page 88
1 aircraft fitting into specific, whether you have J
2 lines, a safety envelope or how an aircraft is going
3 to, you know, button up to a jet bridge.
4    Q.   Was that a discussion in the ESC with regard
5 to the airlines, what their fit was in that context?
6    A.   I don't know what fit means here is where
7 I'm -- is what I would share with you.
8    Q.   As airport director, did you believe that the
9 new terminal should have large airline clubs?
10    A.   No.
11    Q.   Did Corgan make a recommendation that the new
12 terminal have airline clubs?
13    A.   I don't remember if they made that
14 recommendation or not.
15    Q.   Do you remember the City asking Corgan
16 whether or not the new terminal should have airline
17 clubs?
18    A.   I don't remember if that was -- if that was
19 asked of the City to Corgan.  I just --
20    Q.   Do you understand whether Corgan as an
21 architect or engineering firm, would they have any say
22 into whether or not an airline club was going into the
23 airport?  Would that be part of what they were -- the
24 work they were doing for you for the City?
25    A.   I'd have to go back and look at their

Page 89
1 contractual agreement as the master architect to
2 determine whether that's in their request or not.  I
3 just don't have it in front of me.  I apologize.
4    Q.   So we could go to their -- there's an
5 agreement with the City, they were hired?
6    A.   Yes, sir.
7    Q.   And there's -- there'll be a scope of
8 services.
9    A.   There will be.
10    Q.   And that document, one or another -- we've
11 asked for it.  We just received some documents like
12 yesterday from Corgan.
13    A.   Okay.
14    Q.   But one way or another, that should tell us
15 whether or not the City told Corgan that the City
16 wanted Corgan's recommendation as to whether an
17 airline club should be included, correct?
18    A.   Yeah.  As part of the work that they're
19 performing, the recommendation was established on
20 where the -- pros and cons were of the gating
21 assignments.
22    Q.   During 2024, were you concerned as to how
23 Southwest would react to not being assigned to the new
24 Terminal C?
25    A.   I was concerned on how all carriers would



Page 102

1    A.  I do.
2    Q.  Do you see -- do you recall sitting here
3 today any ranking of airlines in connection with the
4 decision-making process for the Post-DBO gate and club
5 locations?
6    A.  I remember seeing a lot of models, I just
7 don't remember seeing the exact scoring sheet.
8    Q.  Did you see any scores at all assigned to
9 airlines for purposes of the decision?
10   A.  No, sir.
11   Q.  So then it says in the next paragraph, "The
12 EPM," so that would be ANSER or Brandenburg, "and MA,"
13 which would be Corgan "and a member from each of the
14 SAT ALUA team and the SAT TDP team reviewed and
15 considered nonquantifiable considerations, among which
16 were the carrier's fit into San Antonio," and then it
17 says "relating to desirability of passenger profile,
18 business, leisure, mix, et cetera, and the airline
19 brand position, network, ULCC, established startup,
20 et cetera," do you see that language?
21   A.  I do.
22   Q.  So does that give you an understanding as to
23 what fit meant above?
24   A.  It does.
25   Q.  Okay.  So what's that understanding now?

Page 103

1    A.  Based on the type of aircraft, whether that
2 be business, leisure or mix of what type of service
3 they provide.
4    Q.  When you say "aircraft business, leisure or
5 mix," do you mean aircraft or do you mean service?
6    A.  I mean, both.  You have different sizes of
7 aircraft and you have domestic service and you have
8 international service.  You have leisure service and
9 you have, you know, business service.  You have low
10 cost carrier, ultra low cost carrier and you have
11 legacy.  There's a lot of mix into that.
12   Q.  Do you think that was an appropriate factor
13 to consider in deciding the Post-DBO gate and club
14 locations?
15   A.  I think it's dependent on how it's being
16 utilized.  I mean, there's a lot of factors that are
17 being considered.  I just don't know exactly how it
18 was being considered.
19   Q.  You reference the term, I think, ultra low
20 cost carrier or low cost carrier?
21   A.  Uh-huh.  Both.
22   Q.  And which is Southwest in your understanding?
23   A.  Low cost carrier.
24   Q.  Okay.  And so what's an example of an ultra
25 low cost carrier?

Page 104

1    A.  A Frontier or Allegiant.
2    Q.  And did you also mention legacy carrier?
3    A.  Yeah, legacy carriers.
4    Q.  So that would be like American or Delta.
5    A.  Or United, yeah.
6    Q.  Okay.  Do you recall any discussion at the
7 ESC level about the nature of whether a carrier was
8 low cost, ultra low cost or legacy as a factor to
9 consider in deciding which carriers would be permitted
10 to move into Terminal C?
11   A.  No, sir.
12   Q.  Do you think that would have been a
13 legitimate consideration for the ESC to consider,
14 whether a carrier was low cost, ultra low cost or
15 legacy carrier?
16   A.  No, sir.
17   Q.  Why not?
18   A.  It's not -- you're not basing the type of
19 service that the aircraft provides on how we're going
20 to best balance the overall utilization of the carrier
21 placements throughout the terminal complexes.  We're
22 looking at, as I mentioned earlier, how many
23 passengers are you servicing, how are we going to best
24 balance out the utilization of everything that's --
25 that's being utilized at the airport, of which some is

Page 105

1 going to be domestic and some is going to be
2 international, and what is going to be available.
3 That's the information, as I understand, that was
4 considered into the recommendations that were going
5 there, amongst a lot of other technical data.
6    Q.  Other than checking the scope of the Corgan
7 agreement, do you know today whether or not Corgan was
8 asked to consider desirability of passenger profile,
9 business, leisure, mix, et cetera, and airline brand
10 position, network, ULCC, established startup,
11 et cetera, when making its recommendation to the City
12 on the gate placement?
13   A.  I do not, sir.  I don't remember that.
14   Q.  Would you have ever asked Corgan to consider
15 those factors?
16   A.  No, sir.
17   Q.  Why not?
18   A.  The basis of the way we were making the
19 decisions, as I understood them, were based on the
20 technical data as the number of passengers that you're
21 servicing and how we were going to best balance out
22 the terminal complex for the utilization of all the
23 gates and whether that be domestic or internationally,
24 that's how the decision was brought forward to us with
25 specific pros and cons.  So there's a lot of factors



Jesus Saenz  
November 20, 2024  
Pages 122 to 125

Page 122
1  to provide to our passengers that come into the city
2  of San Antonio, whether you're coming from any
3  international market.  And I'm just trying to explain
4  to you that when you asked me the question not
5  specific to American Airlines, but the decision is
6  made for the international service on the cabin size
7  that you're --
8    Q.  But this document refers to American Airlines
9  and it talks about a split cabin.  And if that
10 reference is to a split cabin, meaning first class and
11 economy, on a domestic flight from San Antonio to
12 Los Angeles, for example, is that an appropriate
13 consideration for determining that American gets to go
14 to Terminal C, the fact that they offer a split cabin
15 whereas Southwest does not have multiple services -- a
16 split cabin?  Is that appropriate in your
17 understanding to have been considered?
18    A.  I don't know why the document was -- or how
19 it was produced, so I can't answer that specifically.
20    Q.  So it could be okay to do that.
21    A.  Well, I'm just telling you, from an
22 international perspective --
23    Q.  We're not talking about international now
24 though, we're talking about split cabin domestic.
25 American is domestic as of this document.

Page 123
1    A.  Yes, sir.
2    Q.  No international.  I'm not talking about it.
3         This says split cabin, and I'm just
4  asking you, curious to know what your thought is, do
5  you think it's appropriate for the City to have
6  decided that American can go to Terminal C, at least
7  in part because it offers split cabin versus Southwest
8  that offers a single cabin?
9    A.  No, sir.
10   Q.  And why would not -- why would that
11 consideration not be appropriate?
12   A.  There's a lot of -- you're not just making it
13 off of one factor.  There's a lot of factors that go
14 into the decision.
15   Q.  But is that one factor okay to consider?
16   A.  It could be.
17   Q.  Okay.  Why is that?
18   A.  It just depends on the utilization of the
19 aircraft that you're going to bring and how you're
20 going to service that aircraft.
21   Q.  How does it matter whether or not a 737 has a
22 first class cabin or doesn't have a first class cabin
23 and it's the same size aircraft, how does that
24 possibly impact what you're talking about?
25   A.  Are you -- it's based on where you're parking

Page 124
1  the aircraft and the size of aircraft that you're
2  utilizing?
3    Q.  We're talking about a 737.  One has first
4  class, one doesn't.  Does that make -- does that have
5  any relevance to where that aircraft is going to be
6  provided a gate?
7         MR. PILSK:  Objection; argumentative.
8  You can answer.
9         THE WITNESS:  No.
10   Q.  (BY MR. GOLDBERG)  Based on this document, if
11 it applied to the recommendation, that appears to have
12 been one of the considerations, correct?
13   A.  Based on this document, yes, sir.
14   Q.  Okay.  Thank you.
15        So the next document, I'm sorry, the
16 next page in this is for Delta.  Do you see that
17 there?
18   A.  Yes, sir.
19   Q.  Okay.  And that also has various points
20 awarded, you see?  For example, airline club request,
21 seven points.  Seven out of seven, do you see that?
22   A.  I do.
23   Q.  Okay.  And then go a couple more pages, and
24 by the way, they had it -- and that page, 3479,
25 recommendation C next to international gate, do we see

Page 125
1  that there?  Are you with me?
2    A.  I'm getting there.
3    Q.  Okay.
4    A.  Yeah.
5    Q.  And just to be clear, 3476 did recommend
6  Terminal C for American, but it doesn't say anything
7  about an international gate there, the way it does
8  there for Delta, correct?  Do you see that?
9    A.  Correct.
10   Q.  And Page 3479, it says "Fit into SAT.
11 Network carrier, business traveler appeal plus leisure
12 appeal," right?
13   A.  Yes, sir.
14   Q.  What significance does the fact that it's a
15 business traveler have as to the decision to put Delta
16 into Terminal C, if it does?
17   A.  I don't know.
18   Q.  Would that be appropriate?
19   A.  No, sir.
20   Q.  And why is that?
21   A.  We're not basing the decision if you should
22 go into a terminal based on the type of traveler that
23 you're providing service to.
24   Q.  Could you if you wanted to, or would that be
25 improper?

