# Airline Use and Lease Agreement Meeting

May 29, 2024



CONFIDENTIAL

CoSA0001736
CONFIDENTIAL

ANSER_0003509

# AGENDA

**1** TDP Budget Journey

**2** Airline Gate Planning

CONFIDENTIAL

CoSA0001737
CONFIDENTIAL

ANSER_0003510



# Discussion Topics

- **Utilities**

- **Contingency**

- **West Apron + ($75M)**

26

CONFIDENTIAL

CoSA0001760
CONFIDENTIAL

ANSER_0003533

# Airline Gating Recommendation

CONFIDENTIAL

CoSA0001763
CONFIDENTIAL

ANSER_0003536

# Gate Planning Executive Summary



## GOAL OF THIS EFFORT
- Develop airline gate allocation for SAT based upon information from airlines/ATR
- Validate demand can be balanced, and facility requirements met across all terminals:
  - Terminal
  - Curbside

## CONSTANTS FOR ALL OPTIONS

Terminal
- Assumes that new Terminal is referred to as New Terminal
- Combined check-in hall capacity is sufficient to meet future demand
- Existing Terminal A SSCP has sufficient capacity for Terminal A demand in all options
- Existing Baggage Claim in Terminal A and B have sufficient capacity

Curbside
- GTC is needed for opening day in all scenarios
- Sufficient departures curbside capacity for PAL 2 minimal operational changes for PAL 4
- Inner and outer curb needed on arrivals to accommodate PAL 4 demand
- Terminal B curb is constraint for all options

CONFIDENTIAL

ANSER_0003537

CoSA0001764
CONFIDENTIAL

# Facility Requirements



## GATE COUNTS – as of ATR options received
- American Airlines - 6 gates
- Delta Air Lines - 5 gates
- Southwest Airlines - 10 gates
- United Airlines - 5 gates (previously 6 gates)
- Spirit Airlines - 1 gate (previously 0 gates)

## AIRLINE LOUNGES - as of ATR options received
- American Airlines - 6,000 SF
- Delta Air Lines - 10,000 to 13,000 SF (previously 15,000 SF)
- United Airlines - 4,000 SF (previously 5,000 SF)

## CHECK-IN HALL – Airline Terminal Space Requests received
American Airlines -
- 13 agent positions + 14 kiosks
- Delta Air Lines
  - 12 agent positions + 8 kiosks
- Southwest Airlines
  - 18 agent positions + 18 kiosks
- United Airlines
  - 14 agent positions + 12 kiosks

CONFIDENTIAL

# Critical Infrastructure to Support Growth



## CURBSIDE

- Construct GTC and inner & outer curbsides at arrivals level
- GTC is required to handle TNC and shuttle demand. GTC will provide good LoS (Level of Service) throughout the peak hour for both PAL 2 and PAL 4 vehicle demand.
- Retaining inner and outer curbsides is critical as it provides the most curb frontage, resulting in better LoS.

## TERMINAL

- Combined check-in hall capacity is sufficient to meet future demand
- Existing Terminal A SSCP has sufficient capacity for Terminal A demand in all options
- Existing Baggage Claim in Terminal A and B have sufficient capacity
- Relocate FIS to the New Terminal B

CONFIDENTIAL

CoSA0001766
CONFIDENTIAL

ANSER_0003539

# Final Gating Recommendation

## AIRSIDE

- Pros:
  - No split operations for signatory carriers
  - Provides growth for Term. A carrier
  - Provide growth for Term. B carriers
- Cons:
  - Non-signatory domestic OALs may have split operations
  - Growth challenging for New Terminal carriers

## TERMINAL PROCESSING / PASSENGER EXPERIENCE

- Pros:
  - Large club spaces in New Terminal
  - Provide direct access for some gates from potential lounge
  - Meets all requested/programed facility requirements (BHS, SSCP, ticketing, etc.)
- Cons:
  - Non-signatory domestic OAL may require additional check-in counters constructed in Terminal B

## CURBSIDE

- Pros:
  - Terminal B Expansion arrivals curbside operates at LoS B for PAL 2
  - Terminal A arrivals curbside operates at LoS B for PAL 2
  - Existing Terminal B arrivals curbside operates at LoS C for PAL 2
- Cons:
  - Terminal B Expansion arrivals curbside operates at LoS D for PAL 4
  - Terminal A arrivals curbside operates at LoS D for PAL 4
  - Existing Terminal B arrivals curbside operates at LoS E for PAL 4



# Other Gating Plans Reviewed/Evaluated





34

CONFIDENTIAL

CoSA0001768
CONFIDENTIAL

ANSER_0003541