```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   SOUTHWEST AIRLINES          §
     COMPANY                     §
 4                               §
              PLAINTIFF,         §
 5                               §
     VS.                         § CIVIL ACTION
 6                               §
     THE CITY OF SAN ANTONIO,    § NO.: 5:24-cv-01085-XR
 7   TEXAS AND JESUS SAENZ, IN   §
     HIS OFFICIAL CAPACITY AS    §
 8   DIRECTOR OF AIRPORTS FOR    §
     THE CITY OF SAN ANTONIO,    §
 9   TEXAS,                      §
                                 §
10            DEFENDANTS.        §

11
           *******************************************
12              ORAL AND VIDEOTAPED DEPOSITION OF

13                    DAVID BRANDENBURG

14                      MARCH 18, 2025

15         *******************************************

16       ORAL AND VIDEOTAPED DEPOSITION OF DAVID

17   BRANDENBURG, produced as a witness at the instance of

18   the PLAINTIFF, and duly sworn, was taken in the

19   above-styled and numbered cause on MARCH 18, 2025, from

20   11:05 a.m. to 3:41 p.m., before Angie Lozano, CSR, in

21   and for the State of Texas, reported by machine

22   shorthand, pursuant to the Texas Rules of Civil

23   Procedure, and the provisions stated on the record or

24   attached hereto.

25
```



**Page 2**

```
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFF, SOUTHWEST AIRLINES COMPANY:
 3       MR. LAWRENCE MORALES, II
         THE MORALES FIRM
 4       6243 W. Interstate 10, Suite 132
         San Antonio, Texas  78201
 5       210.225.0811, 210.225.0821 fax
         lawrence@themoralesfirm.com
 6
     and
 7
         MR. M. ROY GOLDBERG (Admitted Pro Hoc Vice) (By Zoom)
 8       CLARK HILL
         1001 Pennsylvania Avenue NW
 9       Suite 1300 South
         Washington, DC  20004
10       202.552.2388, rgoldberg@clarkhill.com
11
     FOR THE WITNESS, DAVID BRANDENBURG:
12
         MS. LeELLE B. SLIFER
13       WINSTON & STRAWN
         2121 N. Pearl, Floor 9
14       Dallas, Texas  75201
         817.371.9978, 214.453.6431
15       lslifer@winston.com, ewilkinson@winston.com
16
     FOR THE DEFENDANTS, THE CITY OF SAN ANTONIO, JESUS
17   SAENZ, ET AL
18       MR. W. ERIC PILSK
         KAPLAN KIRSCH, LLP
19       1634 I Street NW, Suite 300
         Washington, DC  20006
20       202.355.0246, epilsk@kaplankirsch.com
21   and
22       MS. DEBORAH KLUN
         DEPUTY CITY ATTORNEY, LITIGATOR
23       CITY ATTORNEY'S OFFICE
         CITY OF SAN ANTONIO
24       203 S. St. Mary's Street, 2nd Floor
         San Antonio, Texas 78201
25       210.207.8919, Deborah.Klun@sanantonio.gov
```

**Page 3**

```
 1           A P P E A R A N C E S - (Continued)
 2
 3   ALSO PRESENT:
 4       MS. ANGELA MAYEUX (By Zoom)
 5       MR. GABE SEYMORE, Video Technician
 6
 7
 8                         * * * * *
```

**Page 4**

```
 1                          INDEX
 2                                                         Page
 3   Appearances.........................................    2
 4   Preliminary Proceedings.............................    8
 5   Examination by MR. MORALES..........................    8
 6   Examination by MR. PILSK............................  193
 7
 8   Changes and Signature...............................  197
 9   Reporter's Certification............................  199
10
11                         * * * * *
12                       EXHIBIT INDEX
13   Number           Description               Page Marked
14   Exhibit 1    Ordinance Approving a Professional
15                Services Agreement with ANSER Advisory
16                Consulting, LLC                      11
17   Exhibit 2    2021 Airport Master Plan             15
18   Exhibit 3    Corgan Program Definition Manual,
19                Advance Terminal Planning Program
20                Volume 2                             18
21   Exhibit 4    Corgan New Terminal Programming
22                June 16, 2023                        26
23   Exhibit 5    SAAS Strategic Development Plan
24                Phase II Milestone 1 Survey
25                Summary Report                       32
```

**Page 5**

```
 1   EXHIBIT INDEX (Cont'd)
 2   Exhibit 6    E-mails dated 07/13/23 to Matt Larsen   38
 3   Exhibit 7    E-mails dated 06/05/23 to Dave
 4                Brandenburg                             51
 5   Exhibit 8    E-mails dated 09/19/23 to Dave
 6                Brandenburg, John Trupiano              56
 7   Exhibit 9    (Omitted)                               --
 8   Exhibit 10   E-mails dated 09/21/23 to John
 9                Trupiano, Keith O'Connor                64
10   Exhibit 11   City of San Antonio Aviation Department
11                Meeting Minutes: Executive Steering
12                Committee, September 22, 2023           73
13   Exhibit 12   E-mails dated 10/26/23 to
14                Keith O'Connor                          80
15   Exhibit 13   City of San Antonio Aviation Department
16                Meeting Minutes:  Executive Steering
17                Committee, November 3, 2023             84
18   Exhibit 14   SAT - Gating Analysis, Airline Allocation
19                Scenarios, December 7, 2023             88
20   Exhibit 15   E-mails dated 12/14/23 to
21                Jennifer Sanchez                        96
22   Exhibit 16   City of San Antonio Aviation Department
23                Meeting Minutes: Executive Steering
24                Committee, February 9, 2024             98
```



Page 6

```
 1   EXHIBIT INDEX (Cont'd)
 2   Exhibit 17   E-mails dated 01/18/24 to Trivedi Pranav,
 3                Jesus Saenz                              101
 4   Exhibit 18   E-mails dated 01/23/24 to John Trupiano,
 5                Keith O'Connor                           104
 6   Exhibit 19   E-mails dated 02/29/24 to Dave Brandenburg,
 7                Michael Garnier, Timothy O'Krongley      106
 8   Exhibit 20   E-mails dated 04/30/24 to Michael Garnier,
 9                Jennifer Sanchez                         115
10   Exhibit 21   E-mails dated 03/28/24 to Jesus Saenz,
11                Dave Brandenburg, Michael Garnier,
12                Timothy O'Krongley                       117
13   Exhibit 22   E-mails dated 04/01/24 to Jesus Saenz    121
14   Exhibit 23   E-mails dated 05/01/24 to Michael
15                Garnier                                  130
16   Exhibit 24   Typewritten notes                        146
17   Exhibit 25   SAT Executive Steering Committee,
18                May 3, 2024                              159
19   Exhibit 26   SAT AULA Executive Summary
20                September 16, 2024                       172
21   Exhibit 27   Summary of Decision-Making Process for
22                Post-DBO Gate & Club Locations           175
23   Exhibit 28   SAT Terminal A Decision                  180
24   Exhibit 29   Exhibit M, Terminal A/B Renovations      181
25   Exhibit 30   Exhibit M, Terminal A/B Renovations      186
```

Page 7

```
 1             PRELIMINARY PROCEEDINGS
 2        THE VIDEOGRAPHER:  We are now on the record
 3   on March 18th, 2025 at 11:05 a.m.  This is the
 4   deposition of David Brandenburg being taken in San
 5   Antonio, Texas, in the matter of Southwest Airlines
 6   versus The City of San Antonio, Texas, et al.  Filed in
 7   the U.S. District Court for the Western District of
 8   Texas, San Antonio Division.  And will all Counsel
 9   please state your appearances for the record.
10        MR. MORALES:  Lawrence Morales for Southwest
11   Airlines.
12        MS. SLIFER:  LeElle Slifer --
13        MR. GOLDBERG:  Roy Goldberg -- I'm sorry.
14   Go ahead.
15        MS. SLIFER:  Sorry.  Go ahead, Roy.
16        MR. GOLDBERG:  Roy Goldberg, also, for
17   Southwest Airlines.
18        MS. SLIFER:  LeElle Slifer with Winston
19   Strawn, on behalf of the Deponent.
20        MR. PILSK:  Eric Pilsk from Kaplan Kirsch,
21   on behalf of Defendants.
22        MS. KLUN:  Debbie Klun, on behalf of the
23   Defendants.
24        THE VIDEOGRAPHER:  Will the Court Reporter
25   please swear in the Witness.
```

Page 8

```
 1              DAVID BRANDENBURG
 2   having been first duly sworn, testified as follows:
 3                  EXAMINATION
 4   BY MR. MORALES:
 5      Q.  Sir, will you please state your full name?
 6      A.  David Alex Brandenburg.
 7      Q.  Mr. Brandenburg, my name is Lawrence Morales.  Do
 8   you understand that I represent Southwest Airlines in
 9   this lawsuit?
10      A.  I do.
11      Q.  Okay.  And before, just a few minutes ago, we had
12   never met before; is that correct?
13      A.  Correct.
14      Q.  All right.  Have you ever had your deposition
15   taken before?
16      A.  Yes.
17      Q.  Okay.  So, you're familiar with the process?
18      A.  Yes.
19      Q.  You understand you're under oath?
20      A.  Yes.
21      Q.  You understand that the Court Reporter is taking
22   down my questions and your answers?
23      A.  Yes.
24      Q.  To help the Court Reporter, if you could allow me
25   to finish asking my question, I will also allow you to
```

Page 9

```
 1   finish your answer before I start, so we're not talking
 2   over each other.  Does that work for you?
 3      A.  Yes.
 4      Q.  All right.  If you have any uncertainty or
 5   questions about my question, if anything is unclear, let
 6   me know, and I'll do my best to rephrase it.  Okay?
 7      A.  I will.
 8      Q.  And we had a four hour limit today to accommodate
 9   Counsel's schedule.  We're going to try to take as short
10   of breaks as we need to to get everybody out on time.
11   If you need a break for some reason, let me know.
12        I only ask that you finish answering the question
13   that I've asked at that time, and then we can take a
14   break after.  Does that work for you?
15      A.  Sure.
16      Q.  Okay.  Sir, what did you do to prepare for your
17   deposition today?
18      A.  Reviewed documents.
19      Q.  Okay.  Did you have -- and I don't want to ask
20   about any specific conversations you had with Counsel
21   that represents you, but did you have a chance to meet
22   with Counsel?
23      A.  I did.
24      Q.  All right.  And did you have a chance to meet
25   with Counsel for the City of San Antonio?
```



MAGNA LEGAL SERVICES

David Brandenburg                                                                                   March 18, 2025
                                                                                              Pages 142 to 145

|  | Page 142 |
|---|---|
| 1 | sent this to you on May 1st, 2024. Is this the first |
| 2 | time that you had seen it? |
| 3 | A. Yes. |
| 4 | Q. We know that there was a meeting at the ESC on |
| 5 | May 3rd, 2024? |
| 6 | A. Yes. |
| 7 | Q. Right? And a summary of this chart -- I'm sorry, |
| 8 | a summary of these worksheets were presented as part of |
| 9 | that presentation, correct? |
| 10 | A. I believe so. |
| 11 | Q. All right. In your other experience, you |
| 12 | mentioned that we were looking at the e-mail where you |
| 13 | said "Here are the priorities, based on my experience." |
| 14 | You know, one is load balancing, and then, two, |
| 15 | passenger experience, and then three is carrier wants? |
| 16 | A. Yes. |
| 17 | Q. You take care of one and two, and three will be |
| 18 | fine, right? |
| 19 | A. Yes. |
| 20 | Q. Are you aware of any other situations where the |
| 21 | factors that we see in Exhibit Number 23 were considered |
| 22 | when making gating assignments at an airport facility? |
| 23 | A. No. |
| 24 | Q. You're not aware of any? |
| 25 | A. Correct. |

|  | Page 143 |
|---|---|
| 1 | Q. Do you have any view, for example, on whether an |
| 2 | airline's fit into a particular airport is a proper or |
| 3 | improper factor to be considered when making gating |
| 4 | decisions? |
| 5 | MR. PILSK: Object to the form. You can |
| 6 | answer. |
| 7 | A. I don't understand what you mean by "fit." |
| 8 | Q. (BY MR. MORALES) Well, fortunately, somebody |
| 9 | defined it for us. If we look at Exhibit Number 23, the |
| 10 | third page, it's CoSA-16199. Do you see that? |
| 11 | A. 16199, yes. |
| 12 | Q. It says "'Fit' into SAT relates to desirability |
| 13 | of passenger profile, business, leisure, mix, et cetera, |
| 14 | and airline brand position, network, ULCC, established, |
| 15 | start-up, et cetera." Do you see that? |
| 16 | A. I do. |
| 17 | Q. Do you have any view on whether considering |
| 18 | "fit," as it's defined in Exhibit Number 23 is proper or |
| 19 | improper when making gating decisions at an airport? |
| 20 | MR. PILSK: Object to the form. |
| 21 | A. I don't understand what they mean by "fit" here. |
| 22 | I have a different definition of "fit." |
| 23 | Q. (BY MR. MORALES) Okay. Well, they say it relates |
| 24 | to desirability of passenger profile, business, leisure, |
| 25 | mix, et cetera. Do you understand that some airlines |

|  | Page 144 |
|---|---|
| 1 | have a passenger profile that has a high percentage of |
| 2 | leisure passengers? |
| 3 | A. It makes sense. |
| 4 | Q. And for example, Southwest has more leisure |
| 5 | passengers on percentage compared to American and |
| 6 | United. Would you agree with that? |
| 7 | A. I have no direct knowledge of that. |
| 8 | Q. Nevertheless, kind of considering whether an |
| 9 | airline has more business passengers or leisure |
| 10 | passengers, do you have a view on whether that is a |
| 11 | proper or improper factor for an airport to consider |
| 12 | when making gating assignments? |
| 13 | MR. PILSK: Object to the form. You can |
| 14 | answer. |
| 15 | A. I don't understand the question. |
| 16 | Q. (BY MR. MORALES) You don't understand what |
| 17 | "passenger profile" means or "improper," "proper," what |
| 18 | else do you not understand? |
| 19 | A. I don't understand what they mean by "passenger |
| 20 | profile" as it relates to "fit." |
| 21 | Q. Okay. Let's take off the label. Do you believe |
| 22 | that whether an airline has more business or leisure |
| 23 | passengers is a proper or improper factor to consider |
| 24 | when making gating decisions at an airport? |
| 25 | MS. SLIFER: Object to form. |

|  | Page 145 |
|---|---|
| 1 | MR. PILSK: Join. Go ahead. |
| 2 | A. Only to the extent it impacts the balancing of |
| 3 | the terminal. |
| 4 | Q. (BY MR. MORALES) And do you have any reason to |
| 5 | believe that an air carrier's mix of business versus |
| 6 | leisure passengers impacts balancing? |
| 7 | A. Yes. |
| 8 | Q. How so? |
| 9 | A. Depending on peak-on-peak arrivals and |
| 10 | departures, the mix of passengers is very important for |
| 11 | check-in bags, curbside utilization, and security |
| 12 | checkpoint. For example, typically, your business |
| 13 | passenger for the Corgan analysis will, either, use an |
| 14 | Uber or a taxi, where leisure will park in the parking |
| 15 | garage. |
| 16 | So, that was all part of the modeling that we |
| 17 | asked Corgan to look into on what that mix would look |
| 18 | like, which led to their recommendation. |
| 19 | ==Q. Okay. What about whether an airline is a== |
| 20 | ==network, a ULCC, it's an Ultra Low Cost Carrier,== |
| 21 | ==established or start-up? What impact does that have, if== |
| 22 | ==any, on balancing issues?== |
| 23 | ==A. No impact.== |
| 24 | ==Q. No impact?== |
| 25 | ==A. None.== |

