# Gating Scorecard

## Gating Scorecard Worksheet

| Factor | Possible Points | American Data | American Awarded Points | Delta Data | Delta Awarded Points | Southwest Data | Southwest Awarded Points | United Data | United Awarded Points |
|---|---|---|---|---|---|---|---|---|---|
| **Number of Preferred Gates Requested** | | | | | | | | | |
| 1-2 gates: 2pts, 3-4 gates: 3pts, 4-5 gates: 4 pts, 6+ gates: 5 pts | 5 | 6 | 5 | 5 | 4 | 10 | 5 | 6 | 5 |
| **Airline Club Requested** | | | | | | | | | |
| yes: 7 pts, no: 0 pts | 7 | yes | 7 | yes | 7 | no | 0 | yes | 7 |
| **International Flights** | | | | | | | | | |
| yes: 5 pts, no: 0 pts | 5 | no | 0 | no | 0 | yes | 5 | no | 0 |
| **Relevant International Code Share(s)** | | | | | | | | | |
| yes: 4 pts, no: 0 pts | 4 | no | 0 | yes | 4 | no | 0 | no | 0 |
| **Current Epax Levels** | | | | | | | | | |
| 4th quartile: 2 pts, 3rd quartile: 3 pts, 2nd quartile: 4 pts, 1st quartile: 5 pts | 5 | | 4 | | 3 | | 5 | | 3 |
| **Fit into SAT** | | | | | | | | | |
| Relates to desirability of passenger profile (business, leisure, mix, etc) and airlines brand position (network, ULCC, established, start-up, etc) | 7 | | 7 | | 7 | | 5 | | 5 |
| **Service, Growth, Experience** | | | | | | | | | |
| Split cabin, club experience, hub feed, growth potential viewed in light of HQ visit and commitment to club. | 7 | | 7 | | 6 | | 6 | | 6 |
| **Total** | 40 | | 30 | | 31 | | 26 | | 26 |