```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
                      SAN ANTONIO DIVISION


SOUTHWEST AIRLINES CO.,       )
                              )
        Plaintiff             )
                              )
VS.                           ) NO. 5:24-CV-01085-XR
                              )
THE CITY OF SAN ANTONIO,      )
TEXAS and JESUS SAENZ, in     )
his official capacity as      )
Director of Airports for the  )
City of San Antonio, Texas,   )
                              )
        Defendants            )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

MICHAEL GARNIER

NOVEMBER 21, 2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION of MICHAEL GARNIER, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 21st day of November, 2024, from 8:59 a.m. to 1:35 p.m., before Naomi R. Peltier, CSR in and for the State of Texas, reported by machine shorthand, at the Airport Business Center, 10100 Reunion Place, 8th Floor, San Antonio, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

```
 1            A P P E A R A N C E S
 2
   FOR THE PLAINTIFF:  SOUTHWEST AIRLINES CO.
 3    M. ROY GOLDBERG
      CLARK HILL, PLC
 4    1001 Pennsylvania Avenue NW, Suite 1300 South
      Washington, D.C.  20004
 5    (202) 552-2388
      rgoldberg@clarkhill.com
 6
   FOR THE DEFENDANT:  THE CITY OF SAN ANTONIO, TEXAS AND
 7 JESUS SAENZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF
   AIRPORTS FOR THE CITY OF SAN ANTONIO, TEXAS
 8    W. ERIC PILSK
      KAPLAN KIRSCH, LLP
 9    1634 I Street, NW, Suite 300
      Washington, D.C.  20006
10    (202) 955-5600
      kaplankirsch.com
11
   DEBBIE KLEIN
12    CITY OF SAN ANTONIO
      203 S. St. Mary's Street, 2nd Floor
13    San Antonio, Texas  78205
      (210) 207-8919
14    deborah.klein@sanantonio.gov
15 THE VIDEOGRAPHER:
      BRAD ROSAUER
16
   ALSO PRESENT:
17    ANGELA MAYEUX
      (In-House Counsel for Southwest Airlines Co.)
18
            * * * * * *
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2                                    PAGE
 3 Appearances ........................2
 4            EXAMINATION
                                      PAGE
 5 MICHAEL GARNIER
     Examination By Mr. Goldberg ......5
 6
   REPORTER'S CERTIFICATE ............185
 7
 8            EXHIBITS
                              FIRST
 9 NO.    DESCRIPTION         REFERENCED
10 31  (Previously Marked) Terminal Development Program
       3/29/24 (CoSA 0006127 to CoSA 0006148) .....148
11
   32  (Previously Marked) Terminal Development Program
12     4/2/24 (CoSA 0005510 to CoSA 0005533) ......148
13 33  (Previously Marked) Summary of Decision-Making
       Process for Past-DBO Gate & Club Locations
14     (CoSA 0001973 and CoSA 0001974) .............21
15 35  (Previously Marked) Gating Placement Analysis
       Worksheet (CoSA 0003474 to CoSA 0003516,
16     CoSA 0003483 to CoSA 0003485, CoSA 0003477
       to CoSA 3482) ...............................49
17
   36  (Previously Marked) 5/3/24 Meeting Minutes
18     (Executive Steering Committee) ..............87
19 41  (Previously Marked) San Antonio Airport System,
       Speaking Points - City Council Briefings
20     (CoSA 0006531 to CoSA 0006534) .............117
21 42  (Previously Marked) Slides from 5/3/24 ESC
       Meeting (CoSA 0003311, CoSA 0003312,
22     CoSA 0003319 to CoSA 0003328) ...............88
23 43  Text Messages ...............................97
24 44  Meeting Minutes - Executive Steering Committee
       (3/8/24) (CoSA 0003233 to CoSA 0003240) ....126
25
```

Page 4

```
 1              I N D E X
                (continued)
 2
              EXHIBITS
 3                              FIRST
   NO.    DESCRIPTION           REFERENCED
 4
   45  Email (2028 Space Estimates for Southwest) ...133
 5
   46  New Terminal Programming, 6/16/23 (CoSA 0000986,
 6     CoSA 0000987, CoSA 000990, CoSA 0001001,
       CoSA 0001002, CoSA 0001008, CoSA 0001021,
 7     and CoSA 0001036) ..........................136
 8 47  PAL 2 - Derivative - 17 Gates - Scenario 1
       (CoSA 0000941 to CoSA 0000944) .............138
 9
   48  Airline Allocation Options (CoSA 0001345 to
10     CoSA 0001374) ..............................143
11 49  Email (CoSA 0005920) .........................157
12 50  Email (CoSA 0005967) .........................159
13 51  Email (CoSA 0003979) .........................162
14 52  Email (CoSA 0003929) .........................163
15 53  CoSA Meeting Minutes:  Executive Steering
       Committee, 12/15/23 (CoSA 0003461 to
16     CoSA 0003466) ..............................169
17 54  CoSA Meeting Minutes:  Executive Steering
       Committee 11/3/23 (CoSA 0001327, CoSA 0001333,
18     CoSA 0001264, and CoSA 0001298) ............171
19 55  Email (CoSA 0004463 to CoSA 0004467) .........177
20            -o-O-o-
21
22
23
24
25
```

Page 5

```
 1       THE VIDEOGRAPHER:  We are on record on
 2 Thursday, November 21st, 2024.  The time is now
 3 8:59 a.m., beginning the video deposition of Michael
 4 Garnier.
 5       Will counsel introduce themselves for the
 6 record, after which the court reporter will swear in the
 7 witness.
 8       MR. GOLDBERG:  Thank you.  This is Roy
 9 Goldberg, with Clark Hill, and I represent Southwest
10 Airlines.
11       MS. MAYEUX:  Angela Mayeux, in-house
12 legal, Southwest Airlines.
13       MS. KLEIN:  Debbie Klein, City Attorney's
14 Office, City of San Antonio, representing the City of
15 San Antonio and Jesus Saenz.
16       MR. PILSK:  Eric Pilsk, Kaplan Kirsch,
17 representing the City of San Antonio and Jesus Saenz.
18       THE VIDEOGRAPHER:  Thank you.
19       MICHAEL GARNIER,
20 having been first duly sworn, testified as follows:
21            EXAMINATION
22 BY MR. GOLDBERG
23    Q.  Good morning, Mr. Garnier.
24    A.  Thank you.  Good morning.
25    Q.  Have you been deposed before?
```



MAGNA LEGAL SERVICES

Michael Garnier                                                    November 21, 2024
                                                                   Pages 58 to 61

Page 58
1  important to the City.
2     A.  Certainly.  I think that that's -- What it
3  sounded to me like, we had heard from our customer base,
4  is having more options because there was a need that
5  wasn't being filled.
6     Q.  And Southwest Airlines is a single cabin
7  carrier?
8     A.  That's correct.
9     Q.  And that's why they were asked to remain in
10 Terminal A, because they don't have first class?
11    A.  No, I think that clubs were a bigger factor,
12 but operationally it worked.  I mean, that was -- This
13 was created well after Corgan's recommendation.  And
14 Corgan's recommendation had Southwest in Terminal A
15 having literally nothing to do with this.
16    Q.  If that's the case, then why was this created
17 at all?
18    A.  This was created to, as I said, kind of a gut
19 check, how do we -- how do we get past this impasse of
20 not being able to finalize the gates?  So, it's -- Does
21 this -- Does this match this (indicating)?  Does this
22 customer experience match the operational
23 recommendation?  And if they do, then we should have a
24 winner.
25    Q.  Service, growth, experience, that was also

Page 59
1  allotted seven possible points; is that right?
2     A.  Okay.
3     Q.  Is that correct, the highest?
4     A.  Yes.
5     Q.  Now, for the first sheet we have here, which is
6  Bates Number 3474, that's for American Airlines.  Do you
7  see that?
8     A.  Yes.
9     Q.  And of the airline club request, they were
10 allocated the entire seven points; is that right?
11    A.  Yes.
12    Q.  And who made that decision?  Was that you?
13    A.  Yes, that's pretty simple.
14    Q.  And "fit into SAT," you gave them full seven
15 out of seven.  Why is -- Why did American get the full
16 seven out of seven points for that?
17    A.  Well -- So, they -- they have -- That's -- They
18 have the split cabin, they offer the first class, they
19 go to major hubs that have international connections.
20 It just seemed like that -- they answered what I was
21 told that our passengers wanted.
22    Q.  For comparison purposes, if you don't mind
23 skipping ahead and we'll come back --
24    A.  Uh-huh.
25    Q.  -- to Bates Number 3483, at the bottom of --

Page 60
1  Well, the Bates Number is at the bottom of the page.
2  That's the Southwest placement sheet, do you see that?
3     A.  Yes.
4     Q.  Okay.  So, Southwest received zero points on
5  "airline club requested," correct?
6     A.  That's correct.
7     Q.  And as far as "fit into SAT," Southwest gets
8  five points; is that right?  That was your decision?
9     A.  Yes.
10    Q.  As opposed to American getting seven, correct?
11    A.  That's correct.
12    Q.  So, why did Southwest get two points less than
13 American with regard to "fit into SAT"?
14    A.  I think with their no-frills LCC business
15 model, it didn't -- it didn't really fit exactly what --
16 There is a niche for it, there's a -- there's a market
17 for it here, certainly, but the loudest voice that we
18 were hearing was wanting that first class, wanting that
19 club experience, wanting something different.  And so --
20 And certainly, there is a huge market for Southwest,
21 they're very popular here, but there was just the extra
22 components that American Airlines had that they didn't
23 have.
24    Q.  And "service growth and experience," Southwest
25 gets six versus American seven.  Why the differential

Page 61
1  there?
2     A.  Let me take a look here.  Do we have notes on
3  these?
4     Q.  There are notes on both of them.
5     A.  Yes.  Okay.
6     Q.  But as far as your testimony as the
7  decision-maker, I'd like to know what -- and please feel
8  free to review the notes, but --
9     A.  Yeah.
10    Q.  -- once you review them, let me know why
11 Southwest didn't get as many points as American on
12 "service growth experience."
13    A.  So, very similar, Southwest, their boarding
14 experience is different.
15    Q.  Not as -- Not as good as American's?
16    A.  Well, you know, there was an interesting
17 Mythbusters that did the boarding experience, and
18 Southwest is actually changing their boarding
19 experience, so I don't think that that's -- The
20 Mythbusters view was that it was not as good of an
21 experience.  It might have been fast, but it wasn't a
22 great customer experience.
23    Q.  And that -- that's one of the reasons why they
24 received less points than American?
25    A.  I think that having assigned seats, being able



MAGNA
LEGAL SERVICES