# Executive Steering Committee

May 03, 2024



CoSA0003311
CONFIDENTIAL

# AGENDA

 **Budget Journey Progress**

 **Airline Gating Recommendation**

 **AULA Update**

CoSA0003312
CONFIDENTIAL



# Budget Journey

CoSA0003313
CONFIDENTIAL

# Objective

**01** Validate/Vetting/Reconciliation of the TDP Estimate versus CMAR Pricing Model/Estimate

**02** Identify strategic opportunities that allow for budget reduction options

**03** Understand the owner's priorities



CoSA0003314
CONFIDENTIAL

# Steps Completed

## March 26- CMAR Proposal Received





| 4.03 | 4.09–4.10 | 4.19 | 4.23 | 4.24–4.25 | 4.25 | 4.30 | 5.01 |
|------|-----------|------|------|-----------|------|------|------|
| MA/CMAR Scope Reduction Presentation & Reconciliation | Cost Work Sessions | CMAR Reconciled Proposal & TES Option Proposal | OAC Team Update: Status of Options & CMAR Pricing Effort | MA Design Options | Team Briefing of Options 1 thru 4 by MA | OAC Team Update | Team Review of CMAR Pricing of Options/Items |

# Opportunity Categorization

Opportunities identified in work sessions were
categorized into three sections:

**Right-sizing/
Area Reduction**



**Revision/Refinement/
Alternatives**



**Scope Reduction/
Deletion**

CoSA0003316
CONFIDENTIAL

Compares the current approved Program budget to the original PDM and CMAR estimate. Provides recommended options to meet budget thresholds

# Budget Scorecard - Defined



Collects and categorizes indentified design and scope refinements



Identifies and validates recommended Options 1 thru Option 4



Illustrates budget variance for each option versus the aproved budget and PDM

CoSA0003317
CONFIDENTIAL



CoSA0003318
CONFIDENTIAL

# Airline Gating Recommendation



CoSA0003320
CONFIDENTIAL



# Legal Discussion



CONFIDENTIAL

# RELOCATION
## SAVINGS

Savings would occur if relocating two airlines vs other options that require relocating four airlines

### MINIMUM $9M IN ACTUAL COSTS

- $2M savings in relocation costs for holdrooms and offices

- $7M savings in relocations costs for United Club

### ADDITIONAL CONSIDERATIONS

- Significant savings in capital costs due to not having to "bump out" terminal A for United Club

- Simplifies phasing post DBO

# Executive Summary

### GOAL OF THIS EFFORT
- Develop airline gate allocation for SAT based upon information from ATR
- Validate demand can be balanced, and facility requirements met across all terminals:
  - Terminal
  - Curbside

### CONSTANTS FOR ALL OPTIONS

Terminal
- Assumes that new Terminal is referred to as Terminal B Expansion
- Combined check-in hall capacity is sufficient to meet future demand
- Existing Terminal A SSCP has sufficient capacity for Terminal A demand in all options
- Existing Baggage Claim in Terminal A and B have sufficient capacity

Curbside
- GTC is needed for opening day in all scenarios
- Sufficient departures curbside capacity for PAL 2 (2030) minimal operational changes for PAL 4 (2040)
- Inner and outer curb needed on arrivals to accommodate PAL 4 (2040) demand
- Terminal B curb is constraint for all options



# Facility Requirements

## GATE COUNTS – as of ATR options received
• American Airlines - 6 gates
• Delta Air Lines - 5 gates
• Southwest Airlines - 10 gates
• United Airlines - 5 gates (previously 6 gates)
• Spirit Airlines - 1 gate (previously 0 gates)

## AIRLINE LOUNGES - as of ATR options received
• American Airlines - 6,000 SF
• Delta Air Lines - 10,000 to 13,000 SF (previously 15,000 SF)
• United Airlines - 4,000 SF (previously 5,000 SF)

## CHECK-IN HALL – Airline Terminal Space Requests received
American Airlines -
  • 13 agent positions + 14 kiosks
• Delta Air Lines
  • 12 agent positions + 8 kiosks
• Southwest Airlines
  • 18 agent positions + 18 kiosks
• United Airlines
  • 14 agent positions + 12 kiosks



# Master Architect Recommendation

## CURBSIDE

- Construct GTC and retained inner & outer curbsides at arrivals level
- GTC is required to handle TNC and shuttle demand. GTC will provide good LoS throughout the peak hour for both PAL 2 (2030) and PAL 4 (2040) vehicle demand.
- Retaining inner and outer curbsides is critical as it provides the most curb frontage, resulting in better LoS.

## TERMINAL

- Combined check-in hall capacity is sufficient to meet future demand
- Existing Terminal A SSCP has sufficient capacity for Terminal A demand in all options
- Existing Baggage Claim in Terminal A and B have sufficient capacity
- Relocate FIS to the Terminal B Expansion



# Master Architect Recommendation

## AIRSIDE

- <u>Pros:</u>
  - No split operations for signatory carriers
- <u>Cons:</u>
  - Non-signatory domestic OALs may have split operations

## TERMINAL PROCESSING / PASSENGER EXPERIENCE

- <u>Pros:</u>
  - Large club spaces in Terminal B Expansion
  - Delta able to provide direct access for some gates from potential lounge
- <u>Cons:</u>
  - Non-signatory domestic OAL require additional check-in counters constructed in Terminal B

## CURBSIDE

- <u>Pros:</u>
  - Terminal B Expansion arrivals curbside operates atLoS B for PAL 2 (2030)
  - Terminal A arrivals curbside operates at LoS B for PAL 2 (2030)
  - Existing Terminal B arrivals curbside operates at LoS C for PAL 2 (2030)
- <u>Cons:</u>
  - Terminal B Expansion arrivals curbside operates at LoS D for PAL 4 (2040)
  - Terminal A arrivals curbside operates at LoS D for PAL 4 (2040)
  - Existing Terminal B arrivals curbside operates at LoS E for PAL 4 (2040)



# Gating Scorecard

## Gating Scorecard Worksheet

| Factor | Possible Points | American Data | American Awarded Points | Delta Data | Delta Awarded Points | Southwest Data | Southwest Awarded Points | United Data | United Awarded Points |
|---|---|---|---|---|---|---|---|---|---|
| **Number of Preferred Gates Requested** | | | | | | | | | |
| 1-2 gates: 2pts, 3-4 gates: 3pts, 4-5 gates: 4 pts, 6+ gates: 5 pts | 5 | 6 | 5 | 5 | 4 | 10 | 5 | 6 | 5 |
| **Airline Club Requested** | | | | | | | | | |
| yes: 7 pts, no: 0 pts | 7 | yes | 7 | yes | 7 | no | 0 | yes | 7 |
| **International Flights** | | | | | | | | | |
| yes: 5 pts, no: 0 pts | 5 | no | 0 | no | 0 | yes | 5 | no | 0 |
| **Relevant International Code Share(s)** | | | | | | | | | |
| yes: 4 pts, no: 0 pts | 4 | no | 0 | yes | 4 | no | 0 | no | 0 |
| **Current Epax Levels** | | | | | | | | | |
| 4th quartile: 2 pts, 3rd quartile: 3 pts, 2nd quartile: 4 pts, 1st quartile: 5 pts | 5 | | 4 | | 3 | | 5 | | 3 |
| **Fit into SAT** | | | | | | | | | |
| Relates to desirability of passenger profile (business, leisure, mix, etc) and airlines brand position (network, ULCC, established, start-up, etc) | 7 | | 7 | | 7 | | 5 | | 5 |
| **Service, Growth, Experience** | | | | | | | | | |
| Split cabin, club experience, hub feed, growth potential viewed in light of HQ visit and commitment to club. | 7 | | 7 | | 6 | | 6 | | 6 |
| **Total** | 40 | | 30 | | 31 | | 26 | | 26 |

CoSA0003327
CONFIDENTIAL



# Next Steps

## ESC

Confirm
recommendation
with ESC

## AIRLINES

Individual meeting
with airlines to share
outcome

19

CoSA0003328
CONFIDENTIAL

# AULA
# Update

CoSA0003329
CONFIDENTIAL

# AULA UPDATE

April 30: Airlines proposed a REVISED financial deal from their April 12 proposal

 **Revenue Share**

Tiers for revenue share:
- Cap an annual 1st tier
- Guaranteed revenue share to SAT at $30M/yr @DBO to increase each year by 2%

 **MII**

Revise MII formula so that it would be based on terminal spend and not emplanements

 **TDP Budget**

Renewed their request that TDP be limited to $1.4B gross

CoSA0003330
CONFIDENTIAL



## Discussion:

No Items This Week

## Next ESC Meeting:

May 17, 2024

## TBD:

- NEPA Update
- Building Elevation
- Governance KPIs
- Delegation of Authority Process
- Air Service Strategy

23

CoSA0003331
CONFIDENTIAL



Thank you!

CoSA0003332
CONFIDENTIAL