```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   SOUTHWEST AIRLINES CO.,    )
                                )
 4        Plaintiff(s),         )
                                ) CIVIL ACTION NO.:
 5   VS.                        ) 5:24-CV-01085-XR
                                )
 6   THE CITY OF SAN ANTONIO,   )
     TEXAS AND JESUS SAENZ, IN  )
 7   HIS OFFICIAL CAPACITY AS   )
     DIRECTOR OF AIRPORTS FOR   )
 8   THE CITY OF SAN ANTONIO,   )
                                )
 9        Defendant(s),         )
     **************************************************
10             ORAL AND VIDEOTAPED DEPOSITION OF

11                   TIMOTHY E. O'KRONGLEY

12                     NOVEMBER 14, 2024
     **************************************************
13

14      ORAL AND VIDEOTAPED DEPOSITION of TIMOTHY E.

15   O'KRONGLEY, produced as a witness at the instance of

16   the Plaintiff, and duly sworn, was taken in the

17   above-styled and numbered cause on the 14th day of

18   November, 2024, from 9:02 a.m. to 1:21 p.m., before

19   Dicie Lee Eytcheson, CSR in and for the State of

20   Texas, reported by machine shorthand, at the offices

21   of SAN ANTONIO AIRPORT SYSTEMS, Airport Business

22   Center, 10100 Reunion Place, Suite 860, San Antonio,

23   Texas 78216, pursuant to the Federal Rules of Civil

24   Procedure and the provisions stated on the record or

25   attached hereto.
```

Page 2

```
 1                A P P E A R A N C E S
 2  FOR THE PLAINTIFF(S):   SOUTHWEST AIRLINES CO.
 3      MR. LAWRENCE MORALES, II
        THE MORALES FIRM, P.C.
 4      6243 IH-10 West, Suite 132
        San Antonio, Texas 78201
 5      PH: (210)225-0811
        ahartry@themoralesfirm.com
 6
              (and)
 7
        MR. ROY GOLDBERG
 8      CLARK HILL, PLLC
        1001 Pennsylvania Avenue N.W.
 9      Suite 1300 South
        Washington, D.C. 20004
10      PH: (202)552-2388
        rgoldberg@clarkhill.com
11
    FOR THE DEFENDANT(S): THE CITY OF SAN ANTONIO, TEXAS AND
12  JESUS SAENZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF
    AIRPORTS FOR THE CITY OF SAN ANTONIO, TEXAS
13
        MR. W. ERIC PILSK
14      KAPLAN KIRSCH & ROCKWELL, LLP
        1634 I Street, NW, Suite 300
15      Washington, D.C. 20006
        PH: (202)955-5600
16      epilsk@kaplankirsch.com
17           (and)
18      MS. DEBORAH LYNNE KLEIN
        CITY OF SAN ANTONIO
19      Assistant City Attorney - Litigation Division
        203 S. St. Mary's Street, 2nd Floor
20      San Antonio, Texas 78205
21  THE VIDEOGRAPHER:
22      GABE SEYMORE
23  ALSO PRESENT:
24      ANGELA J. MAYEUX
25                  * * * * * *
```

Page 3

```
 1                    I N D E X
 2                                                      PAGE
 3  Appearances .............................            2
 4
    TIMOTHY E. O'KRONGLEY
 5
        Examination by Mr. Morales .........            8
 6
 7  Changes and Signature ...................          199
 8  Reporter's Certificate ..................          201
 9
10                  E X H I B I T S
11
                                                        PAGE
12  NO.  DESCRIPTION
13  1    PowerPoint: Governance structure,
         CoSA0005500                                     11
14
    2    Summary of Decision-Making Process
15       for Post-DBO Gate & Club Locations,
         ANSER_0003760 thru ANSER_0003761                22
16
    3    Gating Placement Analysis Worksheet
17       (Draft)                                         44
18  4    PowerPoint: ESC, May 03,2024                    64
19  5    PowerPoint: Terminal A: A Critical
         Infrastructure Decision for San Antonio
20       International Airport, 6/20/2023                81
21  6    PowerPoint: New Terminal Programming,
         6/16/2023                                       88
22
    7    Declaration of Timothy O'Krongley,
23       A.A.E., IAP, IACE                               98
24  8    PowerPoint: WN, July 2023                      109
25  9    PowerPoint: ESC, 9/22/2023                     111
```

Page 4

```
 1  10   ESC Meeting Minutes, 9/22/2023                 114
 2  11   ESC Meeting Minutes, 11/1/2023                 123
 3  12   E-mail correspondence, ANSER_0002479           127
 4  13   E-mail correspondence,
         CoSA0005811 - CoSA0005812                      128
 5
    14   E-mail correspondence,
 6       CoSA0005791 - CoSA0005792                      134
 7  15   ESC Meeting Minutes, 1/26/2024                 151
 8  16   E-mail correspondence,
         CoSA0005715 - CoSA0005716                      157
 9
    17   E-mail correspondence, CoSA0005920             159
10
    18   E-mail correspondence,
11       CoSA0005967 - CoSA0005968,
         CoSA0005981 - CoSA0005984                      161
12
    19   ESC Meeting Minutes, 3/8/2024                  165
13
    20   E-mail correspondence, CoSA0004463 -
14       CoSA0004467                                    167
15  21   E-mail correspondence, CoSA0006125 -
         CoSA0006127, CoSA0006139 - CoSA0006140         172
16
    22   E-mail correspondence, CoSA0005508,
17       CoSA0005522 - CoSA0005526                      175
18  23   ESC Meeting Minutes, 5/3/2024                  179
19  24   San Antonio Airport System Speaking
         Points - City Council Briefings
20       Airline Use and Lease, 6/6/2024                183
21  25   Screen shots of text messages                  186
22  26   E-mail correspondence, text messages           193
23  27   Screen shots of text messages                  197
24
25
```

Page 5

```
 1        INFORMATION AND/OR DOCUMENTS REQUESTED
 2  NO.   DESCRIPTION                                   PAGE
 3  1     Text message screen shots                     189
 4                      * * * * *
```



Timothy O'Krongley                                                         November 14, 2024
                                                                            Pages 6 to 9

Page 6
1    THE VIDEOGRAPHER:  We are now on the
2  record.  This begins Videotape Number 1 in the
3  deposition of Timothy O'Krongley in the matter of
4  Southwest Airlines versus the City of San Antonio, Et Al
5  in the U.S. District Court, Western District of Texas,
6  San Antonio Division.  Today is November 4th [sic],
7  2024.  The time is 9:02 a.m.  This deposition is being
8  taken at the Airport Business Center, San Antonio, Texas
9  at the request of The Morales Firm.  The videographer is
10  Gabe Seymore of Magna Legal Services and the court
11  reporter is Dicie Eytcheson of Magna -- at -- of Magna
12  Legal Services.
13        Will counsel and all parties present state
14  their appearances and whom they represent.
15        MR. MORALES:  Lawrence Morales, II on
16  behalf of Southwest Airlines.
17        MR. PILSK:  Eric Pilsk --
18        MR. GOLDBERG:  Roy Goldberg from Clark
19  Hill also present on behalf of Southwest.
20        MR. PILSK:  Eric Pilsk on behalf of
21  defendants.
22        MS. KLEIN:  Debbie Klein, the City
23  Attorney's Office, on behalf of the City of San Antonio.
24        And as a housekeeping matter, you said
25  this was November 4th.  It's the 14th.

Page 7
1        THE VIDEOGRAPHER:  Correct.
2        MS. KLEIN:  If we can just clarify that
3  for the record.
4        THE VIDEOGRAPHER:  Thank you.
5        Will the court reporter please swear in
6  the witness.
7         TIMOTHY E. O'KRONGLEY,
8  having been first duly sworn on his oath to state the
9  truth, the whole truth and nothing but the truth,
10  testifies as follows:
11        MR. MORALES:  Before we begin, I'll just
12  note that there are certain documents that Southwest
13  contends are overdue and due by the City.  So we are
14  taking this deposition reserving our right to reopen the
15  deposition if additional documents are produced
16  pertaining to Mr. O'Krongley's testimony.  We'll leave a
17  little bit of time at the end to allow for that.  Just
18  notifying counsel of that position.
19        MR. PILSK:  No.  Appreciate it.  And I
20  would just note the depositions are limited to four
21  hours.  So it -- you reserved time and that's -- that's
22  fine, but we'll stick to the four-hour rule absence some
23  extraordinary circumstance.
24        MR. MORALES:  Thank you.
25

Page 8
1                EXAMINATION
2  BY MR. MORALES:
3     Q.  Sir, will you please state your full name.
4     A.  Sure.  Timothy Edward O'Krongley.
5     Q.  And, Mr. O'Krongley, where do you work?
6     A.  City of San Antonio Aviation Department.
7     Q.  All right.  And what is your position with the
8  City of San Antonio?
9     A.  Deputy aviation director over the Planning,
10  Infrastructure and Development Division.
11    Q.  Have you ever had your deposition taken before?
12    A.  Once.
13    Q.  Okay.  And how long ago was that?
14    A.  I believe around 2006.
15    Q.  Okay.  Outside of your role with the City of
16  San Antonio?
17    A.  It was with the City of San Antonio.
18    Q.  Okay.  And do you understand that you are under
19  oath?
20    A.  I do.
21    Q.  Do you understand that you're testifying
22  subject to the penalties of perjury?
23    A.  I do.
24    Q.  What is -- what does that mean to you,
25  testifying to the penalties of perjury or subject to the

Page 9
1  penalties of perjury?
2     A.  That if I don't tell -- tell the truth that I'm
3  subject to the law.
4     Q.  Okay.  And potential prosecution?
5     A.  Yes.
6     Q.  Okay.  Sir, if you could allow me to finish
7  answering [sic] my question before you begin yours I
8  will allow you to finish your response before I start my
9  next question.  Does that work for you?
10    A.  Yep.
11    Q.  Okay.  And as you have started doing, if you
12  can continue to answer with a verbal response as opposed
13  to a nod of the head or some other indication of -- of
14  an answer.  Does that work for you?
15    A.  Yes.
16    Q.  All right.  If you have any questions about my
17  question or uncertainty about my question, if you let me
18  know I'll do my best to rephrase it so that you
19  understand.  Does that work?
20    A.  Yes.
21    Q.  All right.  We have a four-hour limit today;
22  however, if you need to take a break only -- I only ask
23  that if you can finish answering the question that I
24  have asked before you take a break I'm happy to
25  accommodate you, okay?



Timothy O'Krongley                                             November 14, 2024
                                                                Pages 74 to 77

Page 74
1  but we would want to know how they would operate that,
2  the size of aircraft they would be bringing in and those
3  types of factors that would help determine utilization
4  of gate peak hours, loads and how it transfers
5  throughout the use of the building.
6     Q.  So I know that -- of the factors -- and if
7  we're looking at Deposition Exhibit Number 2, you know,
8  one of the factors was: Was an airline club requested,
9  okay, we'll -- we'll talk about that at length in a
10 minute.  But then separate that is a factor of fit into
11 San Antonio, and we've seen documents that, under that
12 category, it's this, quote, desirability of passenger
13 profiles, and we saw that that includes whether there's
14 a single cabin or a split cabin.  Other than that a
15 split cabin might involve the need for an airline club,
16 operationally is there anything else that a split cabin
17 could have on the impact of whether an airline is
18 Terminal C or not?
19    A.  A split cabin.
20    Q.  Okay.  So the fact that American provides a
21 business class option doesn't impact gating decisions
22 compared to Southwest who does not?
23    A.  No.
24    Q.  All right.
25        MR. PILSK:  Just speak up a little bit.

Page 75
1        THE WITNESS:  I'm sorry.
2     A.  No.
3     Q.  (BY MR. MORALES)  If we go down to -- one
4  second here.  Let's talk about VIP lounges.  We have
5  you -- seen in Exhibit Number 2 and you've testified
6  that whether an airline club requested -- sorry --
7  whether an airline requested a VIP club was a factor
8  that the city considered in assigning gates in
9  Terminal C, correct?
10    A.  Correct.
11    Q.  Okay.  Why?
12    A.  Why was it a factor?
13    Q.  Yeah.
14    A.  To placement of existing facilities and where
15 we could accommodate it.
16    Q.  Okay.  And for folks who may not have been in a
17 airline club what is an airline VIP club?
18    A.  It -- I would describe it as it's a gate-hold
19 area that aside from your typical gate holds -- could be
20 a cross of in the general facility -- they offer food
21 services, beverage services, your typical kind of a
22 quiet place to go sit and just relax.  It's -- it's an
23 alternative to a gate hold with some amenities.  Some of
24 them can be very elaborate; some of them can be very
25 simple.

Page 76
1     Q.  And so if you are a passenger one option would
2  be just to sit in the general holdroom while you're
3  waiting for your flight; is that right?
4     A.  Uh-huh.  Yes.
5     Q.  Yes?
6     A.  Sorry.
7     Q.  And you could also alternatively sit in the
8  airline's VIP lounge, correct?
9     A.  That's another option, yes.
10    Q.  And you mentioned that within the VIP lounges
11 are certain services -- beverage services, food
12 services; isn't that right?
13    A.  Sometimes, yes.
14    Q.  It's a perk, isn't it, that the airline
15 provides to its passengers, this VIP lounge?
16    A.  Yes.  Those that -- that are -- that get access
17 to it whether you have -- whether you have membership,
18 pay for membership for the day, yes.
19    Q.  And a passenger gets access to -- if you know,
20 to a VIP lounge because maybe that day they are flying a
21 business class or first class; is that right?
22    A.  Could be, yes.
23    Q.  Or they can also pay for, like, a membership
24 to, you know, enjoy that service, correct?
25    A.  Correct.

Page 77
1     Q.  And just to be clear, you would agree with me
2  that an airline VIP lounge is a service that the airline
3  provides, correct?
4     A.  It can be.
5     Q.  How is it not?  I mean, isn't it necessarily a
6  service that the airline provides?
7     A.  Well, clubs in general -- you had mentioned
8  earlier it could be a club provided and an airline or a
9  club provided by --
10    Q.  Thank you for making that distinction.
11        So, for example, with regard to Delta,
12 Delta runs, I think, Sky Clubs; isn't that right?
13    A.  I believe so, yes.
14    Q.  And the Sky Club is a VIP lounge that we've
15 been talking about?
16    A.  Correct.
17    Q.  And you would agree -- agree with me that
18 Delta's Sky Club is a service that Delta provides to
19 some of its passengers?
20    A.  Yes.
21        Except I -- I would say it's -- it's a --
22 it's an offering they provide for some form of payment
23 or something.
24    Q.  Right.  It -- it -- it's a service provided in
25 exchange for a premium payment; is that right?



MAGNA
LEGAL SERVICES

Page 78
1   A.   Could be.
2   Q.   Yeah.
3   A.   Yes.
4   Q.   And then so I asked you the question kind of
5  the difference between split cabin and single cabin.
6  Other than maybe a correlation with a VIP lounge it
7  doesn't have any operational impact on where an airline
8  will be assigned to in terms of gates; isn't that right?
9   A.   Correct.
10  Q.   Okay.  Now -- now, I want to ask the same
11 question with regard to passenger profile.
12       So we know that the options of passenger
13 profile are business, leisure, mix.  Does the
14 composition of passenger profile for an airline, other
15 than a VIP lounge, have any impact on where that airline
16 will be assigned?
17  A.   No.
18  Q.   Okay.  But it could have a correlation
19 similarly to VIP lounges, correct?
20  A.   They would want to be in the -- in a close
21 proximity, yes.
22  Q.   Okay.  What about airline brand position:
23 Network, ULCC, established, startup, et cetera, what
24 impact could that have on the analysis of what gate an
25 airline should be assigned to?

Page 79
1   A.   The correlation I would see -- really more
2  their flight schedule and the aircraft type that they're
3  bringing in, peak demand, peak hour, load factors.
4   Q.   Okay.  And does a network, ULLC, established,
5  startup have different peak hours compared to an airline
6  that doesn't -- that falls outside one of those
7  categories?
8   A.   They could.
9   Q.   Okay.  And how does that normally work?
10  A.   A lot of times if -- for example, if they're
11 going to a spub and -- a hub and spoke versus direct
12 they may have to launch earlier to get into the hub and
13 spoke system, point to point -- and it just really kind
14 of depends on what their -- what their operational
15 schedule is.
16  Q.   I see.
17  A.   So we react to their operational schedule when
18 we're looking in to gate utilization, peak demand and
19 its effect on the terminals and other infrastructure.
20  Q.   Okay.  Earlier I was asking you questions about
21 where Southwest fit into the airline brand positions
22 between network, ULCC, established, startup.  Remind me
23 what is your answer?
24  A.   Well, I don't want to define what Southwest is,
25 that's for their intent to define, but I think they

Page 80
1  started off as a low cost carrier but, in my mind,
2  they -- they're -- they're not a ULCC.
3   Q.   So from your perception Southwest carrier --
4  Southwest Airlines presently is not a ULCC?
5   A.   Not in my mind.
6   Q.   Okay.  Is there a difference, in your view,
7  given your experience and education and knowledge, a
8  difference between an ultra-low cost carrier and a low
9  cost carrier?
10  A.   Yes.
11  Q.   Okay.  And what is the difference?
12  A.   To me an ultra-low cost carrier has a lot more
13 of the -- what I would call add-on fees.  You buy a
14 baseline ticket and then there's a lot of add-on fees.
15 Whether it's bags, seat upgrades --
16  Q.   Okay.
17  A.   -- multiples of things.
18  Q.   And presently who are the ultra-low cost
19 carriers at San Antonio International Airport?
20  A.   In my opinion, it would be like Spirit, Jet
21 Blue, someone like that.
22  Q.   And would Southwest Airlines fall into a low
23 cost carrier but just not an ultra-low cost carrier?
24  A.   Again, I'm -- I don't want to define what
25 Southwest defines themselves at, but I do not see them

Page 81
1  as an ultra-low cost carrier.
2   Q.   Okay.  And I'm not asking you to define them
3  for Southwest purposes.  I'm asking you as the deputy
4  aviation director for the City of San Antonio how do you
5  perceive Southwest Airlines?  Is it as a low cost
6  carrier?
7   A.   I -- I would say somewhere between a low cost
8  and a -- and a legacy carrier.  They've certainly grown
9  over the years and have gained, you know, good market
10 share and position.
11  Q.   Do you know presently what the market share of
12 Southwest is at San Antonio -- San Antonio International
13 Airport?
14  A.   About 38 percent.
15  Q.   All right.  Is it the largest -- is it the
16 airline carrier with the largest market share at San
17 Antonio Airport?
18  A.   Yes.
19  Q.   Sir, was there ever a plan, that you're aware
20 of, in your role as aviation director at the San Antonio
21 Airport -- sorry -- deputy aviation director -- to
22 contain or to isolate low cost carriers to Terminal A?
23  A.   No.
24       (Exhibit Number 5 marked.)
25  Q.   (BY MR. MORALES) I'm going to show you what



MAGNA
LEGAL SERVICES