# EXHIBIT 15: DELTA AIRLINES CORRESPONDENCE REGARDING TERMINAL C ASSIGNMENT

## FILED UNDER SEAL