```
 1                  0UNITED STATES DISTRICT COURT
                              FOR THE
 2                    WESTERN DISTRICT OF TEXAS

 3   SOUTHWEST AIRLINES CO.,      )
          Plaintiff,              )
 4                                )
     v.                           ) CIVIL ACTION NO.
 5                                ) 5:24-cv-01085-XR
     THE CITY OF SAN ANTONIO      )
 6   TEXAS AND JESUS SAENZ, IN    )
     HIS OFFICIAL CAPACITY AS     )
 7   DIRECTOR OF AIRPORTS FOR     )
     THE CITY                     )
 8       Defendants.              )

 9

10        ----------------------------------------

11           ORAL AND VIDEOTAPED DEPOSITION OF
                       JOHN TRUPIANO
12                    MARCH 14, 2025
                        Volume 1
13
          ----------------------------------------
14

15             ORAL AND VIDEOTAPED DEPOSITION OF JOHN

16   TRUPIANO, produced as a witness at the instance of

17   Defendant, and duly sworn, was taken in the above-styled

18   and numbered cause on the 14th day of March, 2025 from

19   11:09 a.m. to 3:48 p.m., before Nancy Newhouse, a

20   Certified Shorthand Reporter in and for the State of

21   Texas, reported by oral shorthand, located at the law

22   offices of Waddell, Serafino, Geary, Rechner, Jenevein,

23   P.C., 1717 Main Street, 25th Floor, Dallas, Texas, 75201,

24   pursuant to the Federal Rules of Civil Procedure and the

25   provisions stated on the record or attached hereto.
```

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF SOUTHWEST AIRLINES, CO.:

 4    Mr. Lawrence Morales II
      LAW OFFICES OF THE MORALES LAW FIRM, P.C.
 5    6243 West Interstate 10, Suite 132
      San Antonio, Texas 78201
 6    Telephone:  (210) 225-0811
      email:  lawrence@themoralesfirm.com
 7
            AND
 8
      Mr. Roy Goldberg, via Zoom
 9    LAW OFFICES OF CLARK HILL
      1001 Pennsylvania Avenue NW
10    Washington, DC 20004
      Telephone: (202) 522-2388
11    email: rgoldberg@clarkhill.com

12   FOR THE DEFENDANTS CORGAN & JOHN TRUPIANO:

13    Ms. Amanda L. Schwartz
      Mr. Brandon Waddell
14    LAW OFFICES OF WADDELL, SERAFINO, GEARY, RECHNER,
      JENEVEIN, P.C.
15    1717 Main Street, 25th Floor
      Dallas, Texas 75201
16    Telephone:  (214) 979-7420
      Fax:  (214) 979-7402
17    email: aschwartz@wslaw.com

18   FOR THE DEFENDANT CITY OF SAN ANTONIO TEXAS AND JESUS
     SAENZ:
19
      Mr. Eric Pilsk
20    LAW OFFICES OF KAPLAN, KIRSCH & ROCKWELL, LLP
      1634 (Eye) (I) Street NW, Suite 300
21    Washington, DC 20006
      Telephone:  (202) 955-5600
22    Fax:  (202) 955-5616
      email:  Epilsk@kaplankirsch.com
23
            AND
24

25
```



```
 1           A P P E A R A N C E S Continued
 2

 3    Ms. Deborah Lynne "Debbie" Klein, via Zoom
      CITY OF SAN ANTONIO TEXAS
 4    203 South St. Mary's Street FL 2
      San Antonio, Texas 78205
 5    Telephone:  (210) 207-8919

 6


 7


 8   ALSO PRESENT:
      Mr. Chris Arreola, Videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                              INDEX

 2                                                              PAGE

 3   Appearances. . . . . . . . . . . . . . . . . . . .    2

 4   JOHN TRUPIANO

 5       Direct Examination by Mr. Morales II . . . . .   10

 6

 7   Signature and Changes . . . . . . . . . . . . . .  199

 8   Reporter's Certificate. . . . . . . . . . . . . .  201

 9

10                        PLAINTIFF'S EXHIBITS

11   NO.   DESCRIPTION                                        PAGE

12   1     Excerpts of the 2021 Airport Master Plan
           (7-pgs)                                              14
13
     2     Request for Qualifications (RFQ): #AV1080522JR
14         (6-pgs)                                              26

15   3     Email from Mr. O'Conor to Mr. Garnier cc'd
           Mr. Trupiano dated 1/23/23 regarding SAT-TDP
16         Color Block Plan Bate Stamped
           Confidential_Corgan_040151 and 040152 (2-pgs)        47
17
     4     Excerpts of the Ordinance dated 3/9/23 (9-pgs)       57
18
     5     Programing Plan - Original 49768 - Mezzanine
19         (2-pgs)                                              62

20   6     Excerpts of CORGAN's San Antonio International
           Airport Program Definition Manual: Advance
21         Terminal Planning Program Volume 2 dated 3/31/23
           Bate Stamped ANSER_0000001, 0000007, 00000059,
22         00000067, 00000071 and 00000072 (6-pgs)              66

23   7     Excerpts of CORGAN's New Terminal Programming
           dated 6/16/23 Bate Stamped ANSER_0001211,
24         0001215, 0001226, 0001227, 0001233, 0001246,
           0001261 (8-pgs)                                      76
25
```



```
 1                    PLAINTIFF'S EXHIBITS

 2    NO.   DESCRIPTION                                            PAGE

 3    8     Email from Mr. Trupiano to Mr. Brandenburg,
            Mr. Larsen cc'd Mr. O'Connor dated 7/13/23
 4          reg: Preferential Gates Bate Stamped
            CONFIDENTIAL_CORGAN_025679 and 025680 (2-pgs)           91
 5
      9     Email from Mr. O'Connor to Mr. O'Krongley,
 6          cc'd Mr. Trupiano dated 5/15/23 reg: Possible
            Airline Placement Bate Stamped
 7          CONFIDENTIAL_CORGAN_025433 through 025437
            (5-pgs)                                                 94
 8
      10    Email from Ms. Sanchez to Mr. Brandenburg,
 9          cc'd Mr. Molloy dated 7/13/23
            reg: 09222023 ESC-Presentation-Draft.pptx
10          Bate Stamped CONFIDENTIAL_CORGAN_0002748
            through 002760 (13-pgs)                                100
11
      11    CORGAN's SAT-Gating Analysis Airline
12          Allocation Scenarios dated 10/31/23 Bate
            Stamped ANSER_0001564 through 0001579 (17-pgs)         110
13
      12    Final Draft dated 9/6/24 Exhibit M, Terminal
14          A/B Renovations (6-pgs)                                119

15    13    Aviation Department Meeting Minutes: Executive
            Steering Committee dated 11/3/23 Airport Center
16          Conference Room Bate Stamped ANSER_0001581 and
            0001587 (2-pgs)                                        127
17
      14    Email from Mr. Brandenburg to Mr. O'Connor, Mr.
18          Larsen and Mr. Trupiano dated 11/8/23 reg:
            Gating Options Bate Stamped ACCN0031426 through
19          ACCN0031428 (3-pgs)                                    135

20    15    CORGAN's SAT-Gating Analysis Airline
            Allocation Scenarios dated 12/7/23 Bate Stamped
21          ANSER_0001653 through 0001687 (35-pgs)                 139

22    16    Aviation Department Meeting Minutes: Executive
            Steering Committee dated 12/15/23 City Hall -
23          Riverwalk Conference Room Bate Stamped
            ANSER_0001779 through 0001784 (6-pgs)                  144
24

25
```



John Trupiano                                          March 14, 2025
                                                              Page 6

```
 1              PLAINTIFF'S EXHIBITS Continued

 2    NO.   DESCRIPTION                                        PAGE

 3    17    Executive Steering Committee dated 12/15/23
            Bate Stamped ANSER_0001731 through 0001773
 4          (43-pgs)                                            145

 5    18    CORGAN's SAT-Gating Analysis Airline
            Allocation Scenarios dated 1/5/24 Bate Stamped
 6          ANSER_0002486 through 00024957 (10-pgs)             152

 7    19    Email from Mr. Blaine to Mr. Saenz Re:
            (External) Delta and the allocation of gates
 8          in the new concourse dated 2/6/24 (2-pgs)           154

 9    20    Aviation Department Meeting Minutes: Executive
            Steering Committee dated 2/9/23 Airport Center
10          Boeing Conference Conference Room (7-pgs)           156

11    21    Email from Mr. Hall to Mr. Brandenburg,
            Mr. Garnier, Mr. O'Krongley cc'd Ms. Sanchez,
12          Ms. O'Krongley, Ms. Castano and Ms. Alonzo
            Re: Dalta HQ slide deck (DRAFT) FOR 3/4
13          (1-pg)                                              158

14    22    CORGAN's SAT-Gating Analysis Airline
            Allocation Scenarios dated 3/27/24 Bate
15          Stamped ANSER_0003467 through 0003471 (5-pgs)       163

16    23    Email from Mr. Smith to Mr. Garnier,
            Ms. Sanchez Re: (External) FW: Blank Gate
17          Analysis dated 5/1/24 (13-pgs)                      165

18    24    SAT Executive Steering Committee Presentation
            dated 5/3/24 (22-pgs)                               170
19
      25    San Antonio Airport System Speaking Points
20          City Council Briefings Airline Use of Lease
            dated 6/6/24 (4-pgs)                                172
21
      26    SAT AULA Executive Summary dated 9/16/24
22          (4-pgs)                                             178

23    27    SAT Summary of Decision-Making Process for
            Post-DBO Gate & Club Locations Bate Stamped
24          ANSER_0003760 and 0003761 (2-pgs)                   182

25
```



```
 1                  PLAINTIFF'S EXHIBITS Continued
 2    NO.   DESCRIPTION                                              PAGE
 3    28    Email from Mr. Brandenburg to Mr. Glaser,
            Ms. Donato, Mr. Larsen, Mr. McDonald,
 4          Mr. Trupiano and Mr. O'Connor cc'd
            Mr. Sierra, Ms. Sanchez and Mr. Molloy Re:
 5          COVID Bate Stamped CONFIDENTIAL_CORGAN_022402
            through 022407 (6-pgs)                                    183
 6
      29    Email from Mr. Trupiano to Mr. Brandenburg
 7          cc'd Mr. O'Connor Re: SAT Gating Strategies
            DRAFT dated6/6/24 Bate Stamped
 8           CONFIDENTIAL_CORGAN_029115 through 029153
            (39-pgs)                                                  190
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



John Trupiano                                                    March 14, 2025
                                                                        Page 8

1                        P R O C E E D I N G S
2                      (On the record at 11:00 a.m.)
3                 VIDEOGRAPHER:  We are now on the record.
4    Today's date is March 14th, 2025, and the current time is
5    11:00 a.m.
6                 Will counsel please identify themselves
7    for the record?
8                 MR. MORALES:  Lawrence Morales on behalf
9    of Southwest Airlines.
10                MR. PILSK:  Eric Pilsk for --
11                MR. GOLDBERG:  And Roy Goldberg on behalf
12   of Southwest Airlines as well.
13                MR. PILSK:  Eric Pilsk on behalf of
14   Defendants.
15                MS. SCHWARTZ:  Amanda Schwartz on behalf
16   of --
17                MS. KLEIN:  Debbie Klein --
18                MS. SCHWARTZ:  -- Corgan.
19                MS. KLEIN:  -- on behalf of the City of --
20   the -- the Defendants.
21                MR. PILSK:  Debbie, could you say that
22   again?
23                MS. KLEIN:  Debbie Klein on behalf of the
24   Defendants.
25                MS. SCHWARTZ:  Amanda Schwartz on behalf



```
 1   of Corgan, the Witness.
 2               VIDEOGRAPHER:  And Mr. Lawrence has
 3   requested to swear in the witness.
 4               Will you please swear him in?
 5               MR. MORALES:  Yeah.  Just so we can put
 6   something on the record so it's clear later on, the court
 7   reporter is not here.  She is missing a cord, and we're
 8   about 30, 45 minutes late.  So by agreement of the
 9   parties, we are proceeding by videotape only and will
10   proceed with transcribing the transcript after the fact.
11               Is there any objection to that?  Do I have
12   an agreement amongst the parties here?
13               MR. PILSK:  That is our agreement, no
14   objections.
15               MR. MORALES:  Okay.
16               MS. SCHWARTZ:  No objections.
17               MR. PILSK:  And that was Erik Pilsk
18   speaking for the Defendants.
19               MR. MORALES:  Okay. And the also by
20   agreement of the parties, as an officer of the Court, I
21   think the parties agree that I will swear in Mr.
22   Trupiano.  Any problems with that?
23               MR. PILSK:  This is Eric Pilsk, no
24   problem.
25               MS. SCHWARTZ:  Amanda, no problems.
```



```
 1    --
 2         Q.    Yeah.
 3         A.    -- can you simplify it?
 4         Q.    Sure.  Did Corgan make a recommendation to the
 5    City that Delta and American should be in Terminal C?
 6         A.    No.
 7         Q.    I'm handing you what's been marked as Exhibit
 8    29.
 9                   (Plaintiff's Exhibit No. 29 was marked for
10    identification.)
11         Q.    (BY MR. MORALES)  In Exhibit No. 29, are --
12    have you seen it before?
13         A.    Yes.
14         Q.    Exhibit No. 29, I'll represent to you, sir,
15    that in early May, the City notified Southwest that its
16    gating assignment included it being assigned to Terminal
17    A.
18                   That decision was not released to the
19    other airlines until late May, and then I believe that
20    Corgan and the City had a meeting with Southwest in June
21    of 2024, does that sound right?
22         A.    Yes.
23         Q.    Okay.  Is this a presentation that Corgan put
24    together for that meeting with Southwest in -- in June of
25    2024?
```

