# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., <br> *Plaintiff* <br><br> -vs- <br><br> CITY OF SAN ANTONIO, TEXAS, JESUS SAENZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF AIRPORTS FOR THE CITY OF SAN ANTONIO, TEXAS; <br> *Defendants* | § § § § § § § § § § § § | SA-24-CV-01085-XR |

## ORDER

On this date, the Court considered the status of this case. On March 20, 2025, Defendants filed a Motion to Dismiss (ECF No. 58). On April 8, 2025, Plaintiff filed a Motion for Partial Summary Judgment (ECF No. 60) and a Notice to Remove its Request for the Preliminary Injunction Hearing set for April 23, 24, and 30, 2025 (ECF No. 62).

In light of these developments, the Court **VACATES** the Preliminary Injunction/MTD Hearing set for April 23, 24, and 30, 2025. The Court will set oral argument on the Parties' motions in due course.

It is **SO ORDERED**.

**SIGNED** this 9th day of April, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE