IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., <br> *Plaintiff* <br><br> -vs- <br><br> CITY OF SAN ANTONIO, TEXAS, JESUS SAENZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF AIRPORTS FOR THE CITY OF SAN ANTONIO, TEXAS; <br> *Defendants* | § § § § § § § § § § § § | SA-24-CV-01085-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Southwest Airlines Co. shall take nothing by its claims against Defendants the City of San Antonio, Texas and Jesus Saenz, in his Official Capacity as Director of Airports for the City of San Antonio. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 29th day of August, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE